Jonathan S. Henes
Joshua A. Sussberg
Sarah Hiltz Seewer (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

Proposed Attorneys for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| CITADEL BROADCASTING CORPORATION | |
| | Case No. 09-17442 (BRL) |
| Debtors. | |
| | Jointly Administered Under Case No. 09-17442 |

## <u>DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES</u>

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| CITADEL BROADCASTING CORPORATION, *et al.*,[1] | ) Case No. 09-17442 (BRL) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY AND DISCLAIMERS
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Citadel Broadcasting Corporation ("*Citadel*") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (the "*Debtors*"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*") with the United States Bankruptcy Court for the Southern District of New York (the "*Bankruptcy Court*"), pursuant to section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

Randy L. Taylor has signed each of the Schedules and Statements. Mr. Taylor is the Senior Vice President and Chief Financial Officer or authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Taylor has necessarily relied upon the efforts, statements and representations of various personnel of the Debtors.

---

[1] The Debtors in these chapter 11 cases are: Alphabet Acquisition Corp.; Atlanta Radio, LLC; Aviation I, LLC; Chicago FM Radio Assets, LLC; Chicago License, LLC; Chicago Radio Assets, LLC; Chicago Radio Holding, LLC; Chicago Radio, LLC; Citadel Broadcasting Company; Citadel Broadcasting Corporation; DC Radio Assets, LLC; DC Radio, LLC; Detroit Radio, LLC; International Radio, Inc.; KLOS Radio, LLC; KLOS Syndications Assets, LLC; KLOS-FM Radio Assets, LLC; LA License, LLC; LA Radio, LLC; Minneapolis Radio Assets, LLC; Minneapolis Radio, LLC; Network License, LLC; NY License, LLC; NY Radio Assets, LLC; NY Radio, LLC; Oklahoma Radio Partners, LLC; Radio Assets, LLC; Radio License Holding I, LLC; Radio License Holding II, LLC; Radio License Holding III, LLC; Radio License Holding IV, LLC; Radio License Holding V, LLC; Radio License Holding VI, LLC; Radio License Holding VII, LLC; Radio License Holding VIII, LLC; Radio License Holding IX, LLC; Radio License Holding X, LLC; Radio License Holding XI, LLC; Radio License Holding XII, LLC; Radio Networks, LLC; Radio Today Entertainment, Inc.; Radio Watermark, Inc.; San Francisco Radio Assets, LLC; San Francisco Radio, LLC; SF License, LLC; WBAP-KSCS Acquisition Partner, LLC; WBAP-KSCS Assets, LLC; WBAP-KSCS Radio Acquisition, LLC; WBAP-KSCS Radio Group, Ltd.; and WPLJ Radio, LLC. The principal corporate locations of the Debtors are: 142 West 57th Street, 11th Floor, New York, New York 10019; and 7201 W. Lake Mead Blvd., Suite 400, Las Vegas, Nevada 89128.

Mr. Taylor has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

These Global Notes and Statement of Limitations, Methodology and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of <u>all</u> of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonably best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including, without limitation, any issues involving substantive consolidation, equitable subordination, defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws.

**<u>Description of Cases</u>**. On December 20, 2009, (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 21, 2009 an order was entered directing procedural consolidation and joint administration of the Debtors' chapter 11 cases. Each Debtor's fiscal year ends on December 31. All asset and liability information contained in the Schedules and Statements, except where otherwise noted, is reported as of the close of business on November 30, 2009.

---

[2]   The Global Notes are in addition to the specific notes contained in each Debtor's Schedules and Statements. The fact that the Debtors have prepared a Global Note with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' remaining Schedules and Statements.

**Recharacterization**.  Notwithstanding that the Debtors have made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, designated or omitted certain items.  Thus, the Debtors reserve all rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, as additional information becomes available, including, but not limited to, whether contracts listed herein were executory as of the Petition Date or remain executory postpetition.

**Liabilities**.  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  The Debtors reserve all rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**.  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares; (d) relatives of directors, officers or shareholders of the Debtors (to the extent known by the Debtors); and (e) debtor/non-debtor affiliates.  The Debtors define "directors" as members of the board of directors of Citadel Broadcasting Corporation.

Persons listed as "insiders" have been included for informational purposes only.  The Debtors do not take any position with respect to: (a) such person's influence over the control of the Debtors; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Intercompany Claims**.  Receivables and payables among the Debtors in these chapter 11 cases and their affiliates (each an "***Intercompany Receivable***" or "***Intercompany Payable***" and, collectively, the "***Intercompany Claims***") are reported on Schedule B and Schedule F, respectively.  The listing of these amounts is not and shall not be construed as an admission of the characterization of such balances as debt, equity or otherwise.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms or have been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not

been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition or other transaction. The Debtors have made diligent efforts to attribute intellectual property to the rightful debtor entity; however, in some instances intellectual property owned by one debtor entity may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

**Executory Contracts**. The Debtors have not set forth executory contracts as assets in the Schedules and Statements. Each Debtor's executory contracts, as applicable, have been set forth on Schedule G. The Debtors have made diligent efforts to attribute executory contracts to the rightful debtor entity; however, in some instances the Debtors may have attributed an executory contract to a certain Debtor when in fact a different Debtor(s) is the named party to the contract. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts.

**Classifications**. Listing a claim on (1) Schedule D as "secured," (2) Schedule E as "priority," (3) Schedule F as "unsecured" or listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

**Claims Description**. Schedules D, E and F permit each of the Debtors to designate a claim as "disputed", "contingent" and/or "unliquidated." Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated" or that such claim is not subject to objection. The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification. Moreover, the Debtors expressly reserve all rights to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." Listing a claim does not constitute an admission of liability by the Debtors.

**Causes of Action**. Despite reasonable efforts, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

> (a) <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

> (b) <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are

unknown or undetermined amounts, the actual total may be different than the listed total.

(c)     <u>Current Market Value - Net Book Value</u>. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtors to obtain current market valuations of all their assets. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values as of November 30, 2009. Market values may vary, at some times materially, from net book value. Also, assets that have been fully depreciated or that were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

(d)     <u>Paid Claims</u>. The Debtors have authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders. Accordingly, certain outstanding liabilities may have been reduced by postpetition payments made on account of prepetition liabilities. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action such as filing claims objections, as is necessary and appropriate to avoid over-payment or duplicate payments for any such liabilities.

(e)     <u>Excluded Assets and Liabilities</u>. The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: goodwill; and accrued liabilities including, but not limited to, accrued salaries and employee benefits, tax accruals and accrued accounts payable. Other immaterial assets and liabilities may also have been excluded.

(f)     <u>Liens</u>. Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

**Specific Schedules and Statements Disclosures**.

(a)     <u>Schedule A</u>. The Debtors have listed the value of their real property as the net book value reflected on the Debtors' books and records. A listing of property locations is attached to Schedule A for each Debtor owning real property.

(b)     <u>Schedule B2</u>. The Debtors have listed bank balances as of December 20, 2009, for amounts related to checking, savings and other financial accounts.

(c)     <u>Schedules B13 & B14</u>. Ownership interests in subsidiaries, partnerships and joint ventures have been listed in the Schedules as an

undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

(d)     <u>Schedule D</u>.  Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.  The descriptions provided in Schedule D are intended only to be a summary and not an admission of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of liens.  Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements.  Except as specifically stated herein, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtors reserve the right to amend Schedule D in the future to the extent that the Debtors determine that any claims associated with such agreements should be reported on Schedule D.  Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claim or contract.

The Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.  Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility, only the administrative agent, JPMorgan Chase Bank, N.A. has been listed for purposes of Schedule D.

(e)     <u>Schedule E</u>.  The Debtors have authority to pay certain prepetition employee wages and other employee benefits in the ordinary course of business pursuant to a Bankruptcy Court order (the "***Employee Wages Order***").  Pursuant to the Employee Wages Order, the Debtors believe that many employee claims entitled to priority have been or will be satisfied, and such satisfied amounts are not listed on Schedule E.

(f)     <u>Schedule F</u>.  The Debtors have used best efforts to report all general unsecured claims against the Debtors on Schedule F based upon the

Debtors' existing books and records. The claims of individual creditors for, among other things, products, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtors reserve all rights with respect to any such credits and allowances including the right to assert claims objections and/or setoffs with respect to same. Schedule F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule F contains information regarding threatened or pending litigation involving the Debtors. The dollar amount of potential claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statements.

Schedule F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule F does not include rejection damages claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

(g)     <u>Schedule G</u>. Unexpired Leases and Executory Contracts. The Debtors' business is complex. While the Debtors' existing books, records and financial systems have been relied upon to identify and schedule executory contracts at each of the Debtors and diligent efforts have been made to ensure the accuracy of the Schedule of Executory Contracts and Unexpired Leases, inadvertent errors, omissions or over-inclusion may have occurred. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all rights, claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtors reserve all rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts become available. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

(h)     Schedule H. For purposes of Schedule H, the Debtors that are either the principal obligors or guarantors under the prepetition secured credit facility are listed as Co-Debtors on Schedule H. The Debtors may not have identified certain guaranties that are part of the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve their

rights to amend the Schedules to the extent that additional guaranties are identified or such guaranties are discovered to have expired or be unenforceable.

In the ordinary course of their businesses, the Debtors may be involved in pending or threatened litigation and claims. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement 4a, as applicable.

(i) <u>Statement Question 2</u>. Other income includes items such as interest income, intercompany income, and gains and losses on sales of assets. Amounts listed as negative represent net expenses.

(j) <u>Statement Questions 3b and 3c</u>. Receipts and disbursements are made through a centralized and consolidated cash management system. Payments made are listed by the entity making such payment notwithstanding that certain payments will have been made on behalf of another entity. As such, only certain Debtors include a response to Statements question 3b. In addition, payments made on behalf of non-debtor affiliated entities are included in response to Statement 3b to the extent that the payment was made out of a Debtor-owned bank account. Further, the Debtors are parties to multiple barter agreements whereby the Debtors may have transferred non-cash value to counterparties. Such non-cash value is not reflected on Statement 3b.

Payments to individuals defined as an officer or director have been included in response to Statement question 3c for Citadel Broadcasting Company, Radio Assets, LLC and Radio Networks, LLC. The Debtors' response to Statement 3c for these Debtors includes payments made to creditors who are or were insiders to the extent such payments were made during the time in which the creditor was an insider and only in such creditor's capacity as an insider. The company did not include payments made directly to a third party credit card company for expense reimbursements on behalf of an insider(s). Statement 3c may also include certain stock options and other non-cash consideration. Further, any payments to affiliated entities as reported on Statement 3c are listed as the differential between the intercompany balances as of November 30, 2008 and November 30, 2009.

(k) <u>Statement Question 7</u>. The Debtors have listed gifts or charitable contributions as identified in their books and records. There may have been gifts or charitable contributions made through corporate credit or

purchasing cards.  Any such gifts made in this manner would not have been listed.  The Debtors believe these amounts would have been de minimus.

(l)     Statement Question 8.  The Debtors occasionally incur losses for a variety of reasons including, among others, theft and property damage.  These losses have not had a material impact on the Debtors' businesses and the Debtors do not keep a centralized record of them.

(m)     Statement Question 13.  The Debtors' vendors and trade creditors routinely set off against amounts owed to the Debtors in the ordinary course of business.  These setoffs could include pricing adjustments for a variety of issues, including billing errors, account reconciliations and ordinary course trade disputes.  These setoffs are small in amount and do not have a material impact on the Debtors' businesses, and the Debtors do not generally track them.

(n)     Statement Question 19d.  At the end of each of their fiscal quarters, fiscal years and upon the occurrence of significant events, the Debtors prepare and file with the Securities and Exchange Commission (the "**SEC**") Forms 10-K, 10-Q and 8-K (collectively, the "**SEC Filings**").  The SEC Filings contain financial information relating to the Debtors.  Because the SEC Filings are public record, the Debtors do not maintain records of the parties who requested or obtained copies of any of the SEC Filings from the SEC or the Debtors.  In addition, the Debtors provide certain parties, such as banks, auditors, potential investors, vendors, customers and financial advisors, financial statements that may not be part of a public filing.  The Debtors do not maintain complete lists to track such disclosures.  As such, the Debtors have not provided lists of these parties in the Statements.

**Global Notes Control**.  In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

***END OF GLOBAL NOTES***

**SCHEDULES AND STATEMENTS BEGIN ON THE FOLLOWING PAGE**

# United States Bankruptcy Court

_____Southern_____ **District Of** New York_____

In re __CITADEL BROADCASTING CORPORATION___,          Case No. 09-17442_____
                          Debtor

                                                        Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 10 | $ 1,973,130,431.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 2,144,387,154.18 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 6 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 154 | | $ 49,631,187.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 28 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ N/A |
| J - Current Expenditures of Individual Debtors(s) | No | | | | $ N/A |
| **TOTAL** | | 207 | $ 1,973,130,431.00 | $ 2,194,018,341.89 | |

Note: Total line items exclude undetermined amounts.

In re   **CITADEL BROADCASTING CORPORATION** ,                          Case No.   09-17442
              **Debtor**                                                                                    **(If known)**

# SCHEDULE A – REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | Total ▶ | $ 0.00 | |

(Report also on Summary of Schedules.)

In re **CITADEL BROADCASTING CORPORATION**          ,                    Case No.  09-17442
                                    **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian," Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE ATTACHED RIDER | | $33,803,969.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | SEE ATTACHED RIDER | | Undetermined |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  CITADEL BROADCASTING CORPORATION  ,                     Case No. 09-17442
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | SEE ATTACHED RIDER | | Undetermined |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | SEE ATTACHED RIDER | | $1,933,703,863.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

In re  CITADEL BROADCASTING CORPORATION  ,                    Case No. 09-17442
                              **Debtor**                                                                 **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | SEE ATTACHED RIDER | | Undetermined |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | SEE ATTACHED RIDER | | Undetermined |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | SEE RESPONSE TO SCHEDULE B22 | | Undetermined |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

In re  **CITADEL BROADCASTING CORPORATION**    ,          Case No. **09-17442**
                        **Debtor**                                              **(If known)**

# SCHEDULE B – PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | PREPAID EXPENSES | | $5,622,599.00 |
| | | | | |

          3      continuation sheets attached      Total ▶      $ 1,973,130,431.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

| Bank/Institution | Address | Account Number | Description | Bank Balance as of 12/20/2009 |
|---|---|---|---|---|
| BANK OF AMERICA | BANK OF AMERICA SECURITIES 333 S. HOPE ST. CA9-193-23-20 LOS ANGELES, CA 90071 | XXX-19-1-0 | INVESTMENT ACCOUNT | $28,849,673 |
| BANK OF AMERICA | BANK OF AMERICA CA9-193-12-15 333 SOUTH HOPE STREET LOS ANGELES, CA 90071 | XXX-7878 | CORPORATION ACCOUNT | $941,962 |
| CREDIT SUISSE SECURITIES (USA) LLC | CREDIT SUISSE SECURITIES (USA) LLC ELEVEN MADISON AVE NEW YORK, NY 10010-3629 | XXX-N3FA | CORPORATE TRADING ACCOUNT | $317 |
| JP MORGAN CHASE | JPMORGAN CHASE BANK N.A. ONE CHASE PLAZA ATTN: GARY SCHECHTER NEW YORK, NY 10005 | XXX-8195 | CORPORATION ACCOUNT | $2,000 |
| JP MORGAN CHASE | JPMORGAN CHASE BANK N.A. ONE CHASE PLAZA ATTN: GARY SCHECHTER NEW YORK, NY 10005 | XXX-4881 | CITADEL BROADCASTING CORPORATION CASH COLLATERAL ACCOUNT | $4,010,017 |

Total $33,803,969

| Insurer | Insurance Type | Policy Number | Net Book Value |
|---|---|---|---|
| ACE AMERICAN INSURANCE COMPANY | BUSINESS AUTOMOBILE | ISAH08579817 | UNDETERMINED |
| ACE AMERICAN INSURANCE COMPANY (ACE) | WORKERS' COMPENSATION & EMPLOYERS LIABILITY | WLRC45699791 | UNDETERMINED |
| AXIS INSURANCE CO | EXCESS DIRECTORS AND OFFICERS LIABILITY INSURANCE | MCN7333127/01/2009 | UNDETERMINED |
| BEAZLEY INSURANCE CO., INC. | EXCESS DIRECTORS AND OFFICERS LIABILITY INSURANCE | V15TQK09PNDM | UNDETERMINED |
| CONTINENTAL CASUALTY COMPANY (CNA GROUP) | BOILER AND MACHINERY MECHANICAL BREAKDOWN | R2095526512 | UNDETERMINED |
| FEDERAL INSURANCE CO. | COMMERCIAL CRIME INSURANCE | 8181-0828 | UNDETERMINED |
| GREAT AMERICAN INSURANCE CO. OF NEW YORK | EXCESS LIABILITY | EXC8634216 | UNDETERMINED |
| ILLINOIS NATIONAL INSURANCE COMPANY | MEDIA LIABILITY | 19514016 | UNDETERMINED |
| LEXINGTON INSURANCE COMPANY (AIG) | COMMERCIAL GENERAL LIABILITY | 13135708 | UNDETERMINED |
| LEXINGTON INSURANCE COMPANY (AIG) | COMMERCIAL PROPERTY | 19946016 | UNDETERMINED |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (AIG) | UMBRELLA LIABILITY | BE54177801 | UNDETERMINED |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (AMERICAN INTERNATIONAL GROUP) | FIDUCIARY LIABILITY | 01-951-41-26 | UNDETERMINED |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (AMERICAN INTERNATIONAL GROUP) | DIRECTORS AND OFFICERS LIABILITY | 01-951-41-33 | UNDETERMINED |
| ST. PAUL FIRE MARINE INSURANCE COMPANY | EXCESS LIABILITY | QI06801846 | UNDETERMINED |
| ST. PAUL MERCURY INSURANCE COMPANY | EXCESS DIRECTORS AND OFFICERS LIABILITY INSURANCE | EC01202062 | UNDETERMINED |
| SYMETRA LIFE INSURANCE COMPANY | EXCESS LOSS MEDICAL PLAN | 16-011373-00 | UNDETERMINED |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | FOREIGN COMMERCIAL PACKAGE | WR10006105 | UNDETERMINED |
| TUDOR INSURANCE COMPANY (MEMBER OF WESTERN WORLD INSURANCE GROUP) | MASTER BALLOON | 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 | UNDETERMINED |
| XL INSURANCE AMERICA INC. | EXCESS DIRECTORS AND OFFICERS LIABILITY INSURANCE | ELU111732-09 | UNDETERMINED |
| XL SPECIALTY INSURANCE COMPANY | EXCESS DIRECTORS AND OFFICERS LIABILITY INSURANCE | ELU111731-09 | UNDETERMINED |

**In Re: Citadel Broadcasting Corporation**
**Case No: 09-17442**
Exhibit B13
Stocks and Interests in Incorporated Businesses

| Name of Business | Ownership Interest | Net Book Value |
|---|---|---|
| ALPHABET ACQUISITION CORP. | 100% | UNDETERMINED |
| CITADEL BROADCASTING COMPANY | 100% | UNDETERMINED |

| Description | Net Book Value |
|---|---:|
| ACCOUNTS RECEIVABLE - TRADE | $384 |
| ACCOUNTS RECEIVABLE - INTERCOMPANY | $1,933,703,479 |
| | $1,933,703,863 |

| Description | Value |
|---|---|
| LITIGATION - CITADEL BROADCASTING CORP. V. JOHN MITCHELL DOLAN; CASE NO.: 09 CV 6914 | UNDETERMINED |
| LITIGATION - CITADEL BROADCASTING, ET AL V. AXIS U.S. INSURANCE A/K/A AXIS REINSURANCE COMPANY | UNDETERMINED |

| Registered Trademark(s) | APP No/Reg. No | Registration Date | Net Book Value |
|---|---|---|---|
| 96 COUNTRY | 32668 | 11/7/2002 | UNDETERMINED |
| 96 COUNTRY CHRISTMAS | 32667 | 11/7/2002 | UNDETERMINED |
| 96.9 COUNTRY | 32673 | 11/8/2002 | UNDETERMINED |
| ALL HITS | 32600 | 10/7/2002 | UNDETERMINED |
| ALL HITS 98.9 KISS-FM | 32599 | 10/7/2002 | UNDETERMINED |
| BELL BOTTOM BASH | SM00330840 | 4/19/2001 | UNDETERMINED |
| BEVO BASH | 12050416 | 10/6/2004 | UNDETERMINED |
| BOB | 12020905 | 10/23/2003 | UNDETERMINED |
| BRONCO BEAT | 19480 | 4/16/2008 | UNDETERMINED |
| BRONCO GAME DAY | 19475 | 4/14/2008 | UNDETERMINED |
| CLASSIC ROCK N'ROLL | M04530 | 11/19/2002 | UNDETERMINED |
| CONDON & LEBLANC | | 1/8/2003 | UNDETERMINED |
| GENERATION WILD | | 1/27/2000 | UNDETERMINED |
| HIT MUSIC CHANNEL | 30643 | 1/27/2000 | UNDETERMINED |
| INDOMABLE | 12042113 | 7/6/2004 | UNDETERMINED |
| K-BULL 104.9 | 32323 | 4/16/2002 | UNDETERMINED |
| KJQ | 5030020 | 10/24/2001 | UNDETERMINED |
| KJQ THE SPORTS ANIMAL (STYLIZED) | 5030042 | 10/24/2001 | UNDETERMINED |
| LA INDOMABLE | 12042110 | 8/15/2006 | UNDETERMINED |
| LA INDOMABLE 105.3 FM | 12042109 | 7/6/2004 | UNDETERMINED |
| LISA AND RON (STYLIZED) | 12024310 | 12/11/2003 | UNDETERMINED |
| MOO CREW | SM0033093 1 | 5/30/2001 | UNDETERMINED |
| OKLAHOMA COUNTRY | 32750 | 1/6/2003 | UNDETERMINED |
| OKLAHOMA LOUD AND PROUD | 32751 | 1/6/2003 | UNDETERMINED |
| RED DIRTY COUNTRY | 32674 | 11/8/2002 | UNDETERMINED |
| SUPERTALK 930 | 32672 | 11/8/2002 | UNDETERMINED |
| THE #1 HIT MUSIC CHANNEL | 30642 | 1/27/2000 | UNDETERMINED |
| THE BULL 96 COUNTRY | 32666 | 11/7/2002 | UNDETERMINED |
| THE EGGMAN | 12019701 | 10/8/2003 | UNDETERMINED |
| THE SPY 105.3 FM | 32524 | 8/20/2002 | UNDETERMINED |
| THE VOICE OF THE BRONCOS | 19477 | 4/14/2008 | UNDETERMINED |
| TODAY'S BEST COUNTRY & ALL TIME FAVORITES | 36423 | 5/21/2004 | UNDETERMINED |
| TURN YOUR KNOB TO BOB | 12020904 | 10/23/2003 | UNDETERMINED |
| WAY BACK WEDNESDAY | 12019700 | 10/8/2003 | UNDETERMINED |
| WAY BACK WEDNESDAY WITH RONNIE ROCKET | 12019704 | 10/8/2003 | UNDETERMINED |

In re  **CITADEL BROADCASTING
CORPORATION** _____ ,                    Case No.  **09-17442** _____
         **Debtor**                                                    **(If known)**

# SCHEDULE C – PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| NONE | | | |

**CITADEL BROADCASTING**
In re **CORPORATION** ,      Case No. **09-17442**
        **Debtor**                                                 **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  JP MORGAN CHASE BANK, N.A. P.O BOX 2558 HOUSTON, TX 77252 | | | UCC LIEN CLAIM(S)  VALUE $ Undetermined | X | X | X | Undetermined | Undetermined |
| ACCOUNT NO.  JPMORGAN CHASE BANK, N.A. ATTN: TINA RUYTER 270 PARK AVENUE 4TH FLOOR NEW YORK, NY 10017 | | | SECURED DEBT FACILITY - TRANCHE B  VALUE $ Undetermined | | | | $1,387,572,177.64 | Undetermined |
| ACCOUNT NO.  JPMORGAN CHASE BANK, N.A. ATTN: TINA RUYTER 270 PARK AVENUE 4TH FLOOR NEW YORK, NY 10017 | | | SECURED DEBT FACILITY - REVOLVER  VALUE $ Undetermined | | | | $140,384,230.90 | Undetermined |

| _1_ continuation sheets attached | Subtotal ► (Total of this page) | $ 1,527,956,408.54 | $0.00 |
|---|---|---|---|
| | Total ► (Use only on last page) | $ | $ |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

In re   **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**

                                   **Debtor**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>JPMORGAN CHASE BANK, N.A.<br>ATTN: TINA RUYTER<br>270 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10017 | | | LETTER OF CREDIT IN THE AMOUNT OF $597,996 FOR THE BENEFIT OF 260-261 MADISON AVENUE LLC<br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>JPMORGAN CHASE BANK, N.A.<br>ATTN: TINA RUYTER<br>270 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10017 | | | LETTER OF CREDIT IN THE AMOUNT OF $2,329,545 FOR THE BENEFIT OF ACE AMERICAN INSURANCE COMPANY<br>VALUE $ Undetermined | X | X | | Undetermined | Undetermined |
| ACCOUNT NO.<br><br>JPMORGAN CHASE BANK, N.A.<br>ATTN: TINA RUYTER<br>270 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10017 | | | INTEREST RATE SWAP<br><br>VALUE $ Undetermined | | | | $72,628,458.43 | Undetermined |
| ACCOUNT NO.<br><br>JPMORGAN CHASE BANK, N.A.<br>ATTN: TINA RUYTER<br>270 PARK AVENUE<br>4TH FLOOR<br>NEW YORK, NY 10017 | | | SECURED DEBT FACILITY - TRANCHE A<br><br>VALUE $ Undetermined | | | | $543,802,287.21 | Undetermined |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

$ 616,430,745.64          $0.00

Total(s) ▶
(Use only on last page)

$ 2,144,387,154.18          $0.00

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**_____,    Case No. 09-17442_____
Debtor                                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**B6E (Official Form 6E) (12/07) – Cont.**

In re  **CITADEL BROADCASTING**                    ,          **Case No. 09-17442**
       **CORPORATION**
_____                    _____
                **Debtor**                                              **(if known)**

☐   **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒   **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                               __4__  **continuation sheets attached**

B6E (Official Form 6E) (12/07) – Cont.

In re   CITADEL BROADCASTING                     ,          Case No.   09-17442
        CORPORATION
_____                    _____
                Debtor                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

__Type of Priority for Claims Listed on This Sheet__

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  ARIZONA DEPARTMENT OF REVENUE P.O. BOX 29079 PHOENIX, AR 85038-9079 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.  CALIFORNIA FRANCHISE TAX BOARD BANKRUPTCY, BE MS A345 P.O. BOX 2952 SACRAMENTO, CA 95812-2952 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.  DELAWARE SECRETARY OF STATE DIV OF CORP DEPT 74072 BALTIMORE, MD 21274-4072 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.  IDAHO STATE TAX COMMISSION P.O. BOX 36 BOISE, ID 83722-0410 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |

Sheet no.  _1_  of  _4_  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals ▶
(Totals of this page)

| | $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary
of Schedules.)

| | $ | | |

Totals ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on
the Statistical Summary of Certain
Liabilities and Related Data.)

| | | $ | $ |

In re   CITADEL BROADCASTING                                    ,        Case No.   09-17442
     CORPORATION
_____                                    _____
              **Debtor**                                                                                  **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

<u>Type of Priority for Claims Listed on This Sheet</u>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19008<br>SPRINGFIELD, IL 62794-9008 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>OGDEN, UT 84201 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MAINE REVENUE SERVICES<br>P.O. BOX 1062<br>AUGUSTA, ME 04332-1062 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>MICHIGAN DEPARTMENT OF TREASURY<br>LANSING, MI 48922 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |

Sheet no.   2   of   4   continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals ▶<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ▶<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Totals ▶<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

In re   CITADEL BROADCASTING
      CORPORATION              ,       Case No.  09-17442
            **Debtor**                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTER | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> MINNESOTA DEPARTMENT OF REVENUE CORPORATION FRANCHISE TAX MAIL STATION 5140 ST. PAUL, MN 55146-5140 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NEW HAMPSHIRE DEPARTMENT OF REVENUE 109 PLEASANT STREET CONCORD, NH 03301 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No. <br><br> NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE DEPARTMENT OF TAXATION AND FINANCE ATTN: OFFICE OF COUNSEL BUILDING 9, W.A. HARRIMAN CAMPUS ALBANY, NY 12227 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Sheet no. _3_ of _4_ continuation sheets attached to Schedule of Creditors Holding Priority Claims | | | Subtotals ► (Totals of this page) | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | Total ► (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | | | | $ | | |
| | | | Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | | | | $ | $ |

**B6E (Official Form 6E) (12/07) – Cont.**
In re   CITADEL BROADCASTING
     CORPORATION               ,              Case No.   09-17442
                   Debtor                                  (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>P.O. BOX 13528<br>CAPITAL STATION<br>AUSTIN, TX 78711-3528 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br>UTAH STATE TAX COMMISSION<br>210 NORTH  1950 WEST<br>SALT LAKE CITY, UT 84134 | | | TAXING AUTHORITY | X | X | X | Undetermined | Undetermined | Undetermined |
| Account No.<br><br><br><br> | | | | | | | | | |
| Account No.<br><br><br><br> | | | | | | | | | |

Sheet no. _4_ of _4_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

                                Subtotals ▶
                     (Totals of this page)

| | | |
|---|---|---|
| $ 0.00 | $ 0.00 | $ 0.00 |

Total ▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$ 0.00

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

$ 0.00      $ 0.00

In re  **CITADEL BROADCASTING CORPORATION**                ,        Case No. **09-17442**
        Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>ADAMS, ROBERT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>AGRUSA, THERESA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>ALBERTS, BRENT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

__153__ continuation sheets attached

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                    ,                    Case No.   **09-17442**
_____                    _____
**Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ALDAV, LLC<br>C/O DANNY L. WILLIAMS<br>WILLIAMS, MORGAN & AMERSON, P.C.<br>10333 RICHMOND AVENUE #1100<br>HOUSTON, TX 77042 | | | LITIGATION - CAUSE NO.: 6:09-CV-170 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALEXANDER, DELVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLEN, DOUGLAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ALLEN, JULIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _1_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING**            ,            Case No.   **09-17442**
     **CORPORATION**

_____            _____
          **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ALLISON, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALLISON, LYNDAE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALOHA STATION TRUST <br> REGISTERED AGENT SOLUTIONS INC. <br> 32 W. LOOCKERMAN ST <br> SUITE 201 <br> DOVER, DE 19904 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ALPHABET ACQUISITION CORP. <br> 142 WEST 57TH STREET <br> 11TH FLOOR <br> NEW YORK, NY 10019 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no. _2_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶            $ 0.00

Total ▶            $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**      ,      Case No.   **09-17442**
    **CORPORATION**
           **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ANDERSEN, KAREN ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ANDERSON, BOBBI ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ANDERSON, CARL ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ANDERSON, JANEL ADDRESS ON FILE | | | | X | X | X | |

Sheet no. _3_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**              ,          Case No.   **09-17442**

————————————————————                    ————————————————————
**Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | LITIGATION CO-DEFENDANT | | | | Undetermined |
| ANDO MEDIA LLC (NOT NAMED IN CASE BUT INDEMNIFYING CITADEL 170 WESTMINSTER STREET SUITE 701 PROVIDENCE, RI 02903 | X | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ARIAS, LAURA ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ARLEN, RONALD ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ARNOLD, KATE ADDRESS ON FILE | | | | X | X | X | |

Sheet no.  _4_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,  Case No.  **09-17442**

_____ _____
**Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ARVILLE, SUSAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ASSAF, CHRISTINE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ATLANTA RADIO, LLC <br> 210 INTERSTATE NORTH <br> 6TH FLOOR <br> ATLANTA, GA 30339 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO. <br><br> AUSTIN, DANIEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> AVERY, NORMAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _5_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**  ,          Case No.  **09-17442**
     **CORPORATION**

           **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AVIATION I, LLC<br>142 WEST 57TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10019 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON AIRPLANE LEASE | X | X | | $0.00 |
| ACCOUNT NO.<br><br>AVIATION I, LLC<br>142 WEST 57TH STREET<br>11TH FLOOR<br>NEW YORK, NY 10019 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>AXIS U.S. INSURANCE COMPANY A/K/A AXIS REINSURANCE COMPANY<br>C/O CARIN DORMAN BROCK BUTLER PAPPAS<br>1110 MONTLIMAR DRIVE, SUITE 1050 (36609)<br>POST OFFICE BOX 16328<br>MOBILE, AL 36616 | X | | LITIGATION - CAUSE NO.: 2007-13559 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BACA, RAYMOND<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _6_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,                    Case No.  **09-17442**

_____ **Debtor**                    _____ **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BAKER, CHRIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BAKER, DOUGLAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BAKER, MELINDA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BAKITA, BRET<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   7  of   153   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**     ,     Case No.   **09-17442**
     **CORPORATION**

            **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BAL CORPORATE AVIATION, LLC C/O BANC OF AMERICA LEASING & CAPITAL, LLC ONE FINANCIAL PLAZA FIFTH FLOOR PROVIDENCE, RI 02903-2305 | | | GUARANTEE ON AIRPLANE LEASE | X | X | | $0.00 |
| ACCOUNT NO.<br><br>BALDY, RAY ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARANYI, CELESTE ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BARLOW, KENT ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _8_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal ▶    $ 0.00

                                           Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** ,      Case No.  **09-17442**
    **CORPORATION**

        **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BASTIDA, LARRY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BASTIDA, PATRICIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BAUER, RITCHIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BEARD, JIMMY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BEAULIEU, JULIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _9_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,             Case No.  **09-17442**
    **CORPORATION**
            **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BELLO, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BENINATO, SHARON <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BENJAMIN, NICHOLAS <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BENTON, BILLY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BENTON, CHARLES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _ 10 _of_ 153 _ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                                   ,        Case No.   **09-17442**
     **CORPORATION**

            **Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BERNARD, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BERRY, JEFF<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BERRY, KEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BERRY, TIMOTHY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIANCHI, MELISSA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __11_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                                  Subtotal ▶    $ 0.00

                                                   Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                    ,          Case No.   **09-17442**
        **CORPORATION**
_____                    _____
            **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BIGGS, TERESA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BIVENS, DIANNE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BLAKE, TAMARA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BLOOMINGTON BROADCASTING COMPANY, INC.<br>C/O CITADEL | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BODEN, JEFFREY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   12  of   153   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                  ,               Case No.  **09-17442**
_____          _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BODENWEISER, LYNN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BOHLEN, ERIC ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BONK, LISA ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BOOHER, MARTIN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BOOKER, JOSEPH ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _13_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**

<table>
<tr><td>_____</td><td>_____</td></tr>
<tr><td align="center">**Debtor**</td><td align="center">**(if known)**</td></tr>
</table>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BORNEMAN, STEVEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BOTELHO, CAROL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BOUTOT, JEFFREY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BRADMAN, MARK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BRALEY, PETER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _14_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** , Case No.  **09-17442**

_____   _____

**Debtor**                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> BRANDT, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRANTLEY, PAUL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BREWER, KRISTA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BRIAND, DONALD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> BROMAN, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __15__of__153__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**       ,      Case No.  **09-17442**
    **CORPORATION**

**Debtor**             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BROUSSARD-BATISTE, LYNETTE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, DAN<br>2508 ARBOR MIST TR.<br>HIXSON, TN 37343 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BROWN, ROSS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRUNS, KIMBERLY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BRYANT, GREGORY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _16_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,        Case No.   **09-17442**

_____                    _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>BRYANT, TERRENCE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BUCHHOLZ, LAUREEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BUNNER, REBECCA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BUREL, DANIEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>BURGESS, DIANE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _17_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶       $ 0.00

Total ▶       $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                    ,                    Case No.  **09-17442**
_____                    _____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  BURGESS, JEFFREY ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BURKE, JOHNNY ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BURKE, SPENCER ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BURKHALL, CLINT ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  BURKHARDT, RICKY ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  18  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                ,          Case No.   **09-17442**

_____                    _____
                    **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>BURNETT, JO<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BURSH, JOSHUA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>BURT, SARAH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>CABEZAS, JODY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>CAIN, RANDY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _19_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION**                    ,            Case No.   **09-17442**
_____                    _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CALLAHAN, DONNA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARIFFE, JOSEPH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARIKER, CAOMHAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARLOS, JONATHAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARR, MARK <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _20_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**  ,        Case No.   **09-17442**
     **CORPORATION**
             **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> CARREIRO, LYNDA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CARTER, STEVEN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CASE, DAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CASEY, JENNIFER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CASO, DEBORAH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _21_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                    ,        Case No.  **09-17442**
          **CORPORATION**
_____                    _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CAVES, JEFF<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CBS RADIO<br>40 WEST 57TH STREET<br>NEW YORK, NY 10019 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CENTOFANTI, DANIEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMBERLAIN, KIM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CHAMBERS, MIKE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __22_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                                      ,          Case No.  **09-17442**
         **CORPORATION**
_____          _____
                    **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>CHAMBLISS, BONNIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>CHAMPAGNE, AMY A.<br>ADDRESS ON FILE | X | | LITIGATION - CAUSE NO.: 444-209-00550 | X | X | X | Undetermined |
| ACCOUNT NO.<br>CHAN, JUDY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>CHAVEZ, BRIAN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>CHICAGO FM RADIO ASSETS, LLC<br>190 NORTH STATE STREET<br>7TH FLOOR<br>CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no.  _23_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,                     Case No.   **09-17442**

_____                    _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHICAGO LICENSE, LLC<br>190 NORTH STATE STREET<br>7TH FLOOR<br>CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CHICAGO RADIO ASSETS, LLC<br>190 NORTH STATE STREET<br>7TH FLOOR<br>CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CHICAGO RADIO HOLDING, LLC<br>190 NORTH STATE STREET<br>7TH FLOOR<br>CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CHICAGO RADIO, LLC<br>190 NORTH STATE STREET<br>7TH FLOOR<br>CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CHILCOAT, MARY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __24_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                          ,          Case No.   **09-17442**
_____                    _____
                **Debtor**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CHRISTOPHER, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CITADEL BROADCASTING COMPANY<br>7201 WEST LAKE MEAD BLVD.<br>SUITE 400<br>LAS VEGAS, NV 89128 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>CLARK, ROBERT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CLARK, THOMAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _25_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                           ,                    Case No.   **09-17442**
_____                    _____
                        **Debtor**                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | LITIGATION CO-DEFENDANT | | | | Undetermined |
| CLEAR CHANNEL C/O RICHARD W. WOLF, VP & CORPORATE COUNSEL CLEAR CHANNEL 200 EAST BASSE ROAD SAN ANTONIO, TX 78209 | X | | | X | X | X | |
| ACCOUNT NO. | | | LITIGATION CO-DEFENDANT | | | | Undetermined |
| CLUB ""W"" INC. 199 DELAWARE AVE. BUFFALO, NY 14202 | X | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| COATES, BOBBIE ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| COBB, KRYSTAL ADDRESS ON FILE | | | | X | X | X | |

Sheet no.   26  of   153   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        | $ 0.00

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        | $

In re  **CITADEL BROADCASTING CORPORATION** ,  Case No.  **09-17442**

_____Debtor_____ _____(if known)_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. COKLEY, FELICIA ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. COLE, BARBARA ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. COLLARD, ERIN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. COLLARD, TODD ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. COLLINS, JEFFREY ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _27_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,        Case No.   **09-17442**
      **CORPORATION**

            **Debtor**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>COMBS, JOEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CONLEY-WATSON, KATIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COOMER, HERSHEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COPELAND, BRAD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>COSTIN, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __28_of__153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                                    ,            Case No.    **09-17442**
_____                      _____
                        **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COTE, JOYCE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COX RADIO <br> 6205 PEACHTREE DUNWOODY ROAD <br> ATLANTA, GA 30328 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> COX, TYLER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CRAIG, ROSE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> CRAWFORD, JOHN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _29_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
       **CORPORATION**                              ,          Case No.  **09-17442**

_____                    _____
            **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CRAWFORD, JOSEPH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CRAWFORD, REGINALD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CROWE, HERB<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>CRUZ, ELIZABETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _30_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                              ,           Case No.   **09-17442**
_____                    _____
               **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>CUMULUS MEDIA<br>C/O RICHARD S. DENNING<br>CUMULUS MEDIA, INC.<br>3280 PEACHTREE ROAD, NW<br>SUITE 2300<br>ATLANTA, GA 30305 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>D'ANDREA, TINA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAUGHERTY, LOIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DAVIS, JEFFREY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _31_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION**                    ,                    Case No.  **09-17442**

_____                    _____
**Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DC RADIO ASSETS, LLC<br>4400 JENIFER STREET, N.W.<br>WASHINGTON, DC 20015 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>DC RADIO, LLC<br>4400 JENIFER STREET, N.W.<br>WASHINGTON, DC 20015 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>DEARSTONE, MICKEY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DEGREGORIO, NUNZIO<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DEMAS, STEVEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _32_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** _____ ,  Case No.  **09-17442**
    **CORPORATION**
             **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> DEMERS, JAMES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DETROIT RADIO, LLC <br> 3011 WEST GRAND BOULEVARD #800 <br> DETROIT, MI 48202 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO. <br><br> DIAZ, JUAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DIAZ, LUIS <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> DICKSON, CORRENA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __33_ of _153__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** _____ ,        Case No.   **09-17442**
       **CORPORATION**
_____                    _____
           **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>DIEHL, MARCIA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DIFRANCO, ROSS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DILLON, AMY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DIVITTORIO, SALVATORE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>DIXON, DOREEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _34_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**
_____          _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  DONALDSON, ERIC ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  DOUGHERTY, PATRICK ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  DRAPER-MASTELLER, SUSAN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  DRURY, JON ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  DUCKWORTH, PAUL ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   35  of   153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**

_____                    _____
**Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>DUNCAN, BOBBY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>DUNLEAVY, LISA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>DYKE, COLLEEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>ECHOLS, KATE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>EGAN, JEFFREY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   36  of   153   continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                 ,                    Case No.   **09-17442**
_____                    _____
                    **Debtor**                                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ELLIOTT, ANDREW<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ELLIS, JESSE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ELLIS, JUDITH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ELSWICK, DAVE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ENGLE, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _37_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                    ,          Case No.   **09-17442**

_____          _____
              **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | LITIGATION CO-DEFENDANT | | | | Undetermined |
| ENTERCOM COMMUNICATIONS C/O ANDREW P. SUTOR ENTERCOM COMMUNICATIONS CORP. 401 CITY AVENUE SUITE 809 BALA CYNWYD, PA 19004 | X | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ERICSON, MARK ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ESCHBACH, AL ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| ESLICK, JEFF ADDRESS ON FILE | | | | X | X | X | |

Sheet no. __38_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION**       ,       Case No.   **09-17442**

             **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>EVANS, ERIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FAUL, BETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FEDERAL COMMUNICATIONS COMMISSION<br>445 12TH ST, SW<br>WASHINGTON, DC 20024 | | | POTENTIAL OBLIGATION | X | X | X | Undetermined |
| ACCOUNT NO.<br>FEZZEY, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FIELDS, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _39_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal ▶   $ 0.00

                          Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**      ,       Case No.   **09-17442**
     **CORPORATION**

          **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FINATERI, KIMBERLY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FISH, BRETT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FISHER, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FITZPATRICK, STEPHANIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FLETCHER, TAMIKO<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _40_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                              ,          Case No.   **09-17442**
         **CORPORATION**
_____                    _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FORMENTO, DANIEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FORSTMANN, J.<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FORSYTHE, JOHN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FOWLER, WILLIAM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FRAHM, WILLIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _41_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,      Case No.  **09-17442**

       **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> FRANCIS, BRANDON <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> FRANCO, MANUEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> FRANKLIN, JAMES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> FREEMAN, JACQUE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> FRIEDLE, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _42_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                    ,        Case No.   **09-17442**
       **CORPORATION**
_____                    _____
              **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>FRIEDMAN, STEVEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FRISARO, LEONARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FRISCH, JOSEPH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FRISCH, PETER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>FUCCI, THOMAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _43_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING** , Case No. **09-17442**
**CORPORATION**

      **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FULGHUM, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>FURCHES, RICHARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GAP BROADCASTING<br>12900 PRESTON ROAD<br>SUITE 525<br>DALLAS, TX 15230 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GAP BROADCASTING II<br>7150 EAST CAMELBACK<br>SUITE 444<br>SCOTTSDALE, AZ 85251 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GARCIA, FRANCO<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _44_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                                    ,                    Case No.  **09-17442**

_____                        _____
                        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GARDIPE, WESLEY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GATES, ANTHONY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GEDDES, RACHEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GEDNEY, AUSTIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> GEISER, ANNETTE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _45_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                          ,                    Case No.   **09-17442**

_____                    _____
                    **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>GEORGE, JERI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>GEYER, KELLI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>GIAMMARCO, PAUL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>GIARDINA, FRANK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>GIGLIOTTI, RICHARD<br>ADDRESS UNKNOWN | | | LITIGATION | X | X | X | Undetermined |

Sheet no. _46_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
    **CORPORATION**               ,           Case No.  **09-17442**

                  **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GILBERT, ADAM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GILLETTE, JACK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GILLIS, STEPHEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GOINS, DEANNA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GOMES, BONNIE<br>ADDRESS ON FILE | | | EEOC/HUD CHARGE NUMBER: 16C-2010-00442 | X | X | X | Undetermined |

Sheet no. __47_of__153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                         Subtotal ▶    $ 0.00

                                         Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                ,        Case No.   **09-17442**
_____                                    _____
                        **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GOMES, BONNIE<br>C/O MICHAEL H. FELDHUHN<br>56 PINE STREET<br>SUITE 200<br>PROVIDENCE, RI 02903 | | | LITIGATION - CAUSE NO.: RI: 10 EAG 140-16/50 EEOC: 16J-2010-0063 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GONZALEZ, LAURA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GOODWIN, AARON<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GORDON, MARY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __48_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                ,          Case No.   **09-17442**

_____

**Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>GRACIE, YVETTE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRANDONI, JOHN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GRANEY-CIRACI, MICHELLE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GREENSPAN, FRED<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>GROVES, BRIAN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _49_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶ | $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                    ,          Case No.   **09-17442**
_____          _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GUNN, DEREK <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HACKETT, JULIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HAGER, JOHN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HAKIM, LISA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HALEY, PAUL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _50_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**     ,          Case No.   **09-17442**
       **CORPORATION**
_____          _____
               **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAMILTON, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAMMER, KELLY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAMMOND, ERIK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAMMOND, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HANDY, ALLEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __51_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING                     ,**          Case No.   **09-17442**
**CORPORATION**
_____                              _____
**Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| HANEY, RYAN ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| HANLON, MATTHEW ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| HARBUCK, HARROLL ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| HARMON, ELMER ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| HARPER, MARK ADDRESS ON FILE | | | | X | X | X | |

Sheet no.   _52_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**
_____ ,  Case No.  **09-17442**
                    **Debtor**                                    _____
                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HARRELL, BYRON <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HARRIS, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HASKEW, JERRE <br> C/O RONALD J. BERKE <br> BERKE, BERKE & BERKE <br> 420 FRAZIER AVE <br> CHATTANOOGA, TN 37405 | | | LITIGATION - CAUSE NO.: 00-688 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HAUENSTEIN, ERIC <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   53  of   153   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**       ,       Case No.   **09-17442**
     **CORPORATION**
            **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HAUSKNECHT, CHADWICK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAWLEY, KEVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HAYNES, BARBARA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HEINEMANN, LESLIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HEITZMAN, GREGORY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _54_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** 

 **CORPORATION** 

, 

**Debtor**

Case No.  **09-17442** 

**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HERNANDEZ, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HERNANDEZ, JAMIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HILDEBRAND, DIANA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HILDEBRAND, KENT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HILL, EDWARD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  55 of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,          Case No.   **09-17442**
                                                                                        
_____          _____
**Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> HILL, HALLERIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HILL, KAREN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HINES, RUSSELL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HIRSCH, EVE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> HODO-MUNOZ, KELLY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _56_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,                    Case No.  **09-17442**

Debtor                                                                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOGAN, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOGG, IAN<br>C/O R. STAN MORRIS<br>CARTEE & MORRIS LLC<br>2325 HENRY STREET<br>GUNTERSVILLE, AL 35976 | | | LITIGATION - CAUSE NO.:<br>CLAIM NO. 618-011256 | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOHMAN, ROBIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOOP CALLIHAN, STEPHANIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _57_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                ,          Case No.   **09-17442**
_____          _____
                              **Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HOPE, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HOPWOOD, GEOFFREY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HORTON, RANDY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HSBC<br>VICE PRESIDENT, BENKRUPTCY, AGENCY AND DEBT<br>HSBC CORPORATE TRUST AND LOAN AGENCY | | | 1.875% CONVERTIBLE SUBORDINATED NOTES | | | | $478,067.71 |

Sheet no. __58_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 478,067.71

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                              ,          Case No.   **09-17442**

_____                    _____

             **Debtor**                                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>HUDSON, SHEILA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HUGHES, AMY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HULSEY, WILLIAM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HURLEY-ROSE, APRIL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>HUSTON, TIMOTHY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _59_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                              ,                    Case No.   **09-17442**

_____                                    _____
                    **Debtor**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IANUZZI, CHRISTINE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INTERNAP<br>ADDRESS UNKNOWN | | | LITIGATION | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>INTERNATIONAL RADIO, INC.<br>13725 MONTFORT DR<br>DALLAS, TX 75240 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>IRWIN, ROBERT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ISRAEL, STARLENE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _60_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶                 $ 0.00

Total ▶                 $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
       **CORPORATION**                ,                     Case No.   **09-17442**

                              **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>IVY, HERB<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>IZENSON, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JACKSON, COLLEEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JAMES, JONATHAN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>JARMEK, PATRICIA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _61_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►     $ 0.00

Total ►     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**          ,          Case No.   **09-17442**

_____          _____
**Debtor**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> JARVIE, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JEAN-BATISTE, MANDOLIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JEFFERSON, DON <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JENKINS, JENIFER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> JOHNS, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __62_ of __153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING                    ,          Case No.   09-17442
       CORPORATION
_____                    _____
              **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> JOHNSON, BRENT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> JOHNSON, DENISE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> JOHNSON, LESLIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> JOHNSON, PATRICIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> JOINES, RONDA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  63 of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**

_____          _____
**Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>JONES, JERMAINE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>JOSEPH, BEETCHIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>JOSEPH, LEBRON<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>JOYCE, ROBBIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>JURISON, ALAN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _64_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                              ,          Case No.  **09-17442**
_____                    _____
                 **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KAEFER, BRIAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KALMAN, MARC <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KASTEN, THEODORE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KATZEN, MILDRED <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KEARNS, GEORGE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _65_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**  ,       Case No.  **09-17442**

     **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KEITH, ARNELL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KELLY, DEANA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KELLY, FRANK <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KENNY, PATRICIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KERR, JEANNE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _66_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                    ,        Case No.   **09-17442**

_____                    _____
                **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KEYS, RUSSELL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KIERSTEAD, MARK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KIEWIT, CHERYL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KIM, CATRINA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KINDRED, KEVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _67_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING                           ,        Case No.   09-17442
CORPORATION
_____                        _____
Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>KING, JOE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>KING, KENNETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>KING, TERI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>KIRACOFE, LAURA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>KLEIN, DOROTHY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   68  of   153   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**    ,            Case No.   **09-17442**
**CORPORATION**
_____            _____
        **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KLEMENT, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KLIMA, ROBERT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KLOS RADIO, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>KLOS SYNDICATIONS ASSETS, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>KLOS-FM RADIO ASSETS, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no.  _69_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                          ,          Case No.   **09-17442**
       **CORPORATION**
_____                        _____
                    **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KNAR, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KNIGHT, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KNIZE, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KOECHER, MARY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KOOYMAN, DIRK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __70_of__153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**
_____  ,
**Debtor**

Case No.  **09-17442**
_____
**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> KOPEC, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KORZENIEWSKI, KERI <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KOSBAU, STEVEN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> KOURKOUNIS, KILEY <br> C/O NEIL N. CUOMO, ESQ. <br> HELLERER, CUOMO & O'CONNOR <br> 4536 MAIN STREET <br> AMHERST, NY 14226 | | | LITIGATION - CAUSE NO.: 1-2009-C12481 | X | X | X | Undetermined |

Sheet no. _71_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                ,        Case No.   **09-17442**

               **Debtor**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| KOWALCEK, KEN ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | LITIGATION | | | | Undetermined |
| KRAUS & ZUCHLEWSKI LLP C/O ROBERT D. KRAUS KRAUS & ZUCHLEWSKI LLP 500 FIFTH AVENUE SUITE 5100 NEW YORK, NY 10110 | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| KUNZ, DON ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| KURDZIEL, JAMES ADDRESS ON FILE | | | | X | X | X | |

Sheet no.  _72_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING                    ,          Case No.   09-17442
    CORPORATION
               Debtor                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>KUTNIEWSKI, KAREN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>KVETON, LESLIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LA LICENSE, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>LA RADIO, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>LACROSSE, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  73  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**       ,
          Case No.   **09-17442**
    **CORPORATION**

         **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LADEHOFF, TONY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LAIDERMAN, BETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LANCASTER, STEPHANIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LANDERS, JENNIFER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LANDINI, LINDA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __74_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                        Subtotal ▶    $ 0.00

                          Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**              ,          Case No.   **09-17442**
         **CORPORATION**
_____                    _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LANE, RICHARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>LANGLOIS, DAVID<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>LARSON, WENDY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>LARUE, LINDA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>LEAVITT, JANET<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _75_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►     $ 0.00

Total ►     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,     Case No.  **09-17442**

       **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LEBLANC, GAIL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LEDERMAN, ROB <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LEE, JUSTIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LEE, KEVIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LEGRETT, KEVIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _76_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                         ,          Case No.  **09-17442**

_____          _____
                     **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  LELAND, WAYNE ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  LELAND, WAYNE 15 MOCKINGBIRD PATH NORTH DARTMOUTH, MA 02747 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.  LELKO, MARTI ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  LEMBO, JOSEPH ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  LESSARD, MARTIN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _77_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**  ,          Case No.   **09-17442**
     **CORPORATION**
_____          _____
              **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> LEWIS, SHERRY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> LIEBERMAN, DEIDRA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> LILLY, STEPHANIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> LINDER, WADE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> LLOYD, KELLY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _78_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** ,        Case No.   **09-17442**
**CORPORATION**
_____             _____
         **Debtor**                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>LOCKHART, WILLIAM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LOCKWOOD, GREG<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LONG, HARRY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LOPEZ, GUADALUPE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>LOVELACE, CYNTHIA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _79_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ►    $ 0.00

Total ►    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING**        ,       Case No.   **09-17442**
**CORPORATION**

             **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LOZANO, KIM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LUCKOFF, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LURIE, JONATHAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> LUSZCZ, MARTHA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MACE-BREINHOLT, LORAINE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __80_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,     Case No.   **09-17442**

_____     _____

     **Debtor**           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MACK, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MACKAY, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MACLENNAN, TERI <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MADRID, LEONARD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MAHER, LINDA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __81_ of __153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** ,      Case No.  **09-17442**
    **CORPORATION**

          **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MAJOR, JOHN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MANDELARIS, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MANENTO, SAMUEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MANGICARO, AMY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MANNING, SHERRY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  82  of  153  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal ▶    $ 0.00

                                        Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,       Case No.   **09-17442**
      **CORPORATION**

            **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MARCELLO, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARCERO, JEFFREY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARCHETTE, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARKHAM-WYNN, JENNIFER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARRANCA, ALFONZO <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __83_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** ,       Case No.   **09-17442**
      **CORPORATION**

          **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MARTIN, JULIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARTIN, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MARTINEZ, LYNDA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MASSIS, BARBARA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MATHERS, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _84_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
         **CORPORATION**                                  ,                    Case No.   **09-17442**
_____                                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MATHIS, TERRY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MATTERI, JOANNE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MAURER, PAUL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MAYER, GEORGE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MAYER, KENNETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   85  of   153   continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,        Case No.   **09-17442**
      **CORPORATION**
              **Debtor**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MCBRIDE, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCCANNELL, ROLAND <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCCONNELL, MILT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCCORD, JENNIFER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCCROHAN, RYAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _86_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                    ,          Case No.   **09-17442**

_____          _____
            **Debtor**                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MCDONALD, COREY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCELVEEN, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCINERNEY, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCKEEVER, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> MCKENNA, JEREMIAH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _87_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**        ,        Case No.  **09-17442**

        **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MCKIERNAN, SHELLEY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MCLEAN, MARK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MCWHORTER, BENJAMIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MCWILLIAMS, ADRIENNE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEADE, WILLIAM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __88_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.  **09-17442**

_____                    _____
                **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MEADER, DAWN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEDEI-LENOVER, LYNN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEE, KEVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MENCER, ALISON<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MENDOZA-ESTEBAN, CAROLE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _89_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** _____ ,     Case No.   **09-17442**
    **CORPORATION**
               **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MENEAR, KEVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MEYER, CHARLES<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MICHAELIS, DOUGLAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MICROSOFT<br>CUSTOMER SERVICE<br>ONE MICROSOFT WAY<br>REDMOND, WA 98052-6399 | | | LITIGATION | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MILES, LISA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _90_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                   ,                    Case No.   **09-17442**
_____                    _____
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MILES, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MILLER, CHRIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MILLER, PATRICK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MILLER, PAULA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MINAYA, RICHARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _91_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING**       ,       Case No.   **09-17442**
     **CORPORATION**
            **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>MINNEAPOLIS RADIO ASSETS, LLC<br>2000 S.E. ELM STREET<br>MINNEAPOLIS, MN 55414 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>MINNEAPOLIS RADIO, LLC<br>2000 S.E. ELM STREET<br>MINNEAPOLIS, MN 55414 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>MINOFF, GARY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MINTON, JOHN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>MITCHELL, JANE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _92_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**      ,       Case No.   **09-17442**
    **CORPORATION**

            **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>MITCHELL, THOMAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>MONK, CHRISTOPHER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>MONROE, MICHELLE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>MONTI, GREGORY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>MONVOISIN, JESSICA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _93_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                         Subtotal ▶    $ 0.00

                              Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**

_____                                    _____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| MOOG, SELMA ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| MOORE, PHILIP ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| MOORE, ROBERT ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| MOORE, TIMOTHY ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| MORRIS, GWENDOLYN ADDRESS ON FILE | | | | X | X | X | |

Sheet no.  _94_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,    Case No.   **09-17442**

**Debtor**                                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  MORRISON, BRIAN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  MORRISSETTE, DAVID ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  MORSE, JENNIFER ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  MOTHUKPALLY, SRIKANTH ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  MUSSAVAGE, LISA ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _95_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**  ,                    Case No.   **09-17442**
       **CORPORATION**
_____                    _____
                 **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NARIKUZHY, HELENA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NAVARRO-DUNCAN, LAURA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NEEL, ROGER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NELSON, HENRY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NETWORK LICENSE, LLC <br> 13725 MONTFORT DR <br> DALLAS, TX 75240 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no. _96_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**             ,          Case No.   **09-17442**

_____                    _____
**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> NICHOLAOU, DEBORAH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NICKOLS, DUANE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NORTON, BENJAMIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NORTON, KELLY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> NORTON, LAWRENCE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _97_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            $ 0.00

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                    ,                    Case No.   **09-17442**
_____                    _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| NORWOOD, DANIEL ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| NORWOOD, JOSEPH ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| NOSKER, PATRICK ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| NOTARO, VANETTE ADDRESS ON FILE | | | | X | X | X | |
| ACCOUNT NO. | | | STOCK OPTIONS | | | | Undetermined |
| NOVOSAD, ROBERT ADDRESS ON FILE | | | | X | X | X | |

Sheet no. _98_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**     ,     Case No.   **09-17442**

        **Debtor**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NOYES, EDWARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>NY LICENSE, LLC<br>2 PENN PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10121 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>NY RADIO ASSETS, LLC<br>2 PENN PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10121 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>NY RADIO, LLC<br>2 PENN PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10121 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>NYSE REGULATION INC.<br>20 BROAD STREET<br>18TH FLOOR<br>NEW YORK, NY 10005 | | | LITIGATION | X | X | X | Undetermined |

Sheet no. _99_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                              ,          Case No.   **09-17442**
_____          _____
                    **Debtor**                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NYSTROM, FRANK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>O'BRIEN, JOSEPH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>O'BRIEN, THOMAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>O'CALLAGHAN, LISA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>O'CONNOR, KEVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   100  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING
CORPORATION                                     ,          Case No.   09-17442
_____                    _____
               Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>O'DONOGHUE, YONNI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>O'GRADY, KEVIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>O'MALLEY, PAUL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ODOM, JENNIFER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   101  of   153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,          Case No.  **09-17442**
_____          _____
**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>OKLAHOMA RADIO PARTNERS, LLC<br>7201 WEST LAKE MEAD BLVD.<br>SUITE 400<br>LAS VEGAS, NV 89128 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>OLIVER, JANICE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ORR, JACQUELYN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ORVIS, KRISTEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __102_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,     Case No. **09-17442**

                 **Debtor**                                               **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> OSADCHEY, CHET <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> OTTO, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> OUSLEY, TED <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> OVERBAY, PAUL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> P'POOL-JOHNSON, RANDI <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __103_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING**    ,     Case No.    **09-17442**
**CORPORATION**

_____              _____
        **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (_See instructions above._) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PADDEN, GERALD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PALLAD, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PALMERI, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PARAS, KAREN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PATTERSON, EULA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __104_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                              ,                          Case No.  **09-17442**

_____                    _____
                    **Debtor**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PATTERSON, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PATTON, SCARLETT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PAUL, ANDREW<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PEDEN, ELLIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PELTON, DIANE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   105  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** _____ ,   Case No.   **09-17442**
       **CORPORATION**

_____ **Debtor** _____                    _____ **(if known)** _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>PEMBLETON, ELIZABETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>PERINI, ANDREW<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>PERKINS, VICKI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>PERROTTI, RICHARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>PERRY, ALFRED<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _106_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**            ,            Case No.   **09-17442**

<u>Debtor</u>                                                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>PERRY, STACIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PESCARINO, ANTHONY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PETERS, TERRY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PHILLIPS, CARLA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>PHILLIPS, WALTER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _ 107 _of_ 153 _continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**              ,        Case No.   **09-17442**
       **CORPORATION**
_____              _____
               **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> PIATT, RICHARD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PICCIRILLI, STAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PIMENTEL, SUSAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PINKHAM, PINKIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> PLASTER, GEORGE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __108_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,     Case No. **09-17442**

           **Debtor**                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> PODKRASH, SUSAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> POLAKOWSKI, MONICA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> POTTER, CHRISTOPHER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> POWELL, THOMAS <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> PRATT, DEBRA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _109_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING                    ,          Case No.   09-17442
       CORPORATION
_____          _____
                  **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  PROESCHER, KEVIN ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  QUILLEN, RICHARD ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  QUINN, SHANNON ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  RADIO ASSETS, LLC 7201 WEST LAKE MEAD BLVD. SUITE 400 LAS VEGAS, NV 89128 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.  RADIO CHATTANOOGA, INC. C/O CITADEL | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |

Sheet no.  110  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING                              ,          Case No.   09-17442
       CORPORATION
_____                    _____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING I, LLC<br>3011 WEST GRAND BOULEVARD<br>#800<br>DETROIT, MI 48202 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING II, LLC<br>210 INTERSTATE NORTH<br>6TH FLOOR<br>ATLANTA, GA 30339 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING III, LLC<br>2000 S.E. ELM STREET<br>MINNEAPOLIS, MN 55414 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING IV, LLC<br>2221 E. LAMAR<br>SUITE 300<br>ARLINGTON, TX 76006 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING IX, LLC<br>2 PENN PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10121 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no.  111  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING** ,      Case No. **09-17442**
     **CORPORATION**
_____       _____
                **Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING V, LLC<br>190 NORTH STATE STREET<br>7TH FLOOR<br>CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING VI, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING VII, LLC<br>4400 JENIFER STREET, N.W.<br>WASHINGTON, DC 20015 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING VIII, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CA 94111 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO LICENSE HOLDING X, LLC<br>2 PENN PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10121 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no. _112_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,  Case No.  **09-17442**
    **CORPORATION**

             **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RADIO LICENSE HOLDING XI, LLC <br> 190 NORTH STATE STREET <br> 7TH FLOOR <br> CHICAGO, IL 60601 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO. <br><br> RADIO LICENSE HOLDING XII, LLC <br> 3321 SOUTH LACIENEGA BLVD. <br> LOS ANGELES, CA 90016 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO. <br><br> RADIO NETWORKS, LLC <br> 13725 MONTFORT DR <br> DALLAS, TX 75240 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO. <br><br> RADIO ONE <br> 5900 PRINCESS GARDEN PARKWAY <br> 7TH FLOOR <br> LANHAM, MD 20706 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |

Sheet no. __113_ of __153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  CITADEL BROADCASTING
CORPORATION
                                          ,              Case No.  09-17442
_____                    _____
            **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RADIO TODAY ENTERTAINMENT, INC.<br>13725 MONTFORT DR<br>DALLAS, TX 75240 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RADIO WATERMARK, INC.<br>13725 MONTFORT DR<br>DALLAS, TX 75240 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>RAGAN, THOMAS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RANDLES-MEE, BRENDA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RAY, MARGOT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  114  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶      $ 0.00

Total ▶      $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING**                    ,            Case No.    09-17442
          **CORPORATION**
_____                    _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>REDONA, SANDRA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>REED, EARL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>REED, GENNORA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>REED, JOHN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>REESE, ADAM<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   115  of   153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶        $ 0.00

Total ▶        $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,          Case No.   **09-17442**

                         **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> REGAN, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> REGENT COMMUNICATIONS <br> 2000 FIFTH THIRD CENTRE <br> 511 WALNUT STREET <br> CINCINNATI, OH 45202 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> REIFENHEISER, THOMAS <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> REITZ, JAMES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RENINGER, ANDREW <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  116  of  153  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                     ,          Case No.   **09-17442**
       **CORPORATION**
_____                    _____
                **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  RENKO, RICHARD  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  RHEA, SUSAN  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  RICE, HUNTER  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  RICHARD, ROCHELLE  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  RICHMOND, VICKEY  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __117_of__153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.  **09-17442**

_____          _____
**Debtor**                                                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>RICKARD, STEPHANIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RICKARD, TIMOTHY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RILEY, JAMES<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RILEY, JUSTIN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>RITCHIE, JERRY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _118_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                    ,          Case No.   **09-17442**
_____            _____
            **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> RODGERS, TAMMY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ROMAN, ALEX <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ROSENBERG, LINDA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ROSENBERGER, JOSEPH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ROSENBLATT, KEITH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _119_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    | $ 0.00

Total ▶    | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                              ,                    Case No.   **09-17442**
_____                    _____
                    **Debtor**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ROSSI, CRAIG<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROSSI, ROBERT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROSSO, JOHN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROWE, LESLIE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>ROY, JASON<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _120_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**      ,         Case No.  **09-17442**
     **CORPORATION**

          **Debtor**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ROZEK, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RUGGIERO, DEBORAH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RUSTAD, BRIAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> RUWE, GAIL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SAGA COMMUNICATIONS <br> 73 KERCHEVAL AVENUE <br> GROSSE POINTE FARMS, MI 48236 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |

Sheet no. _121_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**          ,          Case No.   **09-17422**
       **CORPORATION**
_____                    _____
              **Debtor**                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  SAGE, CHRISTOPHER  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  SALUDO-PARKS, SUSAN  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  SAMBROOK, MICHAEL  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  SAN JOSE, CARLOS  ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.  SAN FRANCISCO RADIO ASSETS, LLC  900 FRONT STREET  SAN FRANCISCO, CA 94111 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no.   122  of   153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,                    Case No.   **09-17442**

_____       _____

**Debtor**                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SAN FRANCISCO RADIO, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CA 94111 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SANDERS, ROBERT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SAWYER, SHERRI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCAMMAN, DREW<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCHEER, GARY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _123_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,          Case No.  **09-17442**
     **CORPORATION**

          **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCHNEIDER, PAUL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SCHOEWE, BRANDI <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SCHROEDER, JEFFERY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SCHULTZ, PAMELA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SCHWARTZKOPF, RONALD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _124_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

                                    Subtotal ▶    $ 0.00

                                       Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**           ,           Case No.  **09-17442**
_____                   _____
         **Debtor**                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCHYMICK, DAX<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCOTT, RANDALL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SCUDDER, BILLI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SERGIACOMI, LORI<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SETHI, PAYAL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _125_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                    ,          Case No.   **09-17442**
    **CORPORATION**
               **Debtor**                                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SF LICENSE, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CA 94111 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>SHADE, JENNIFER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SHAFFER, BRIAN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SHANNON, MICHAEL<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>SHELTON, SHELTON<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  126  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                        ,          Case No.  **09-17442**

_____                    _____
                **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SHIBLEY, JESSE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SHIFLET, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SHULL, JANICE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SHULZ, WARREN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SIMONSON, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _127_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                                    ,          Case No.   **09-17442**
_____          _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>SIMPSON, MARK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>SIPOLT JR, LOUIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>SIRAGUSA, JOSEPH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>SMITH, BRETT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br>SMITH, CHANNING<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __128__of __153__ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶            $ 0.00

Total ▶            $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING** ,      Case No.   **09-17442**
     **CORPORATION**
_____        _____
**Debtor**                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SMITH, JONATHAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SOARES, ARTHUR <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SORNSEN, LYNN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SOUHRADA, SCOTT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SPATAFORA, MATTHEW <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _129_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**         ,          Case No.   **09-17442**
     **CORPORATION**
                  **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> SPENCER, TESSA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> SPROUL, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> ST PIERRE, RONALD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> STABBERT, MARTIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> STAGG, PHERN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __130_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**
_____ ,     Case No.   **09-17442**
                                             _____
**Debtor**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STALKER, STEVEN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STAUFFER, ADELLA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STEELY, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STEINHILPER, MICHAEL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STEVENS, NANCY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   131  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶  | $ 0.00

Total ▶  | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                    ,          Case No.   **09-17442**
         **CORPORATION**
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>STEWART, STEPHEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STEWART, STEPHEN<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STIEBER, JEROME<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STINE, SCOTT<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>STONE, LARRY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _132_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**     ,        Case No.   **09-17442**
       **CORPORATION**
               **Debtor**                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STONECIPHER, JAMES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STRACCO, BETSY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STRATFORD, PATRICIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STRATTON, ANNETTE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STRICKLAND, JOSHUA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __133_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                          ,          Case No.  **09-17442**

_____                    _____
                **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> STUNTZ, BARBARA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> STYLES, JEFFERY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SUBOTICKI, MARLA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SULEMAN, FARID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SUMMERS, RICHARD <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _134_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**          ,        Case No.   **09-17442**
     **CORPORATION**
                 **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SUNDARRAJAN, ASHWIN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SWANSON, JOHN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SWIMM, CRAIG <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SWITZER, BRYAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> SZAFLARSKI, DAVID <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _135_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,
Case No. **09-17442**

Debtor
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> TALBOT, JOSEPH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> TATTERSALL, MARNIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> TAYLOR, BRANDON <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> TAYLOR, KAY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br> TAYLOR, RANDY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __136_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION**                ,        Case No.   **09-17442**
_____          _____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TEW, CRAIG <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> THE HASKEW COMPANY <br> C/O RONALD J. BERKE <br> BERKE, BERKE & BERKE <br> 420 FRAZIER AVE <br> CHATTANOOGA, TN 37405 | | | LITIGATION - CAUSE NO.: 00-688 | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> THE WALT DISNEY COMPANY <br> C/O ALAN BRAVERMAN <br> THE WALT DISNEY COMPANY <br> 500 SOUTH BUENA VISTA STREET <br> BURBANK, CA 91521-1030 | | | LITIGATION | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> THEODORE, DIANE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  137  of  153  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION**     ,      Case No.   **09-17442**

                 **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> THIBODEAUX, LEONOR <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> THOMPSON, CYNTHIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> THOMPSON, OMAR <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> THOMPSON, RUSSHELLE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TOMASELLO, GREGORY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _138_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**            ,          Case No.   **09-17442**
      **CORPORATION**

                    **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TORRES, ELISA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TRABER, JAMES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TRACY-ST. PIERRE, GRETCHEN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TRAVIS, HARVEY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TUBBS, ANN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _139_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**        ,      Case No.  **09-17442**
     **CORPORATION**
             **Debtor**                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> TUCKER, JOHN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TUREK, ARTHUR <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> TURPIN, WILLIAM <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> UNIVISION COMMUNICATIONS <br> 605 THIRD AVE <br> 12TH FLOOR <br> NEW YORK, NY 10158 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> URSIN, KENNETH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _140_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,               Case No.   **09-17442**
_____                    _____
**Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VALLESE, STEPHANIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VANDERHYDE, CAROLE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VASQUEZ, ALONZO <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VELASCO, JUAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VETRANO, MARY-JO <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   141  of  153  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ | $ 0.00

Total ▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING
CORPORATION**                                           ,          Case No.   **09-17442**

_____**Debtor**_____                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> VILLANUCCI, JAMES <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VOLK, JOSEPH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VONAHNEN, ANDREW <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> VOORNAS, LORI <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WAITE, CAROL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _142_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶          $ 0.00

Total ▶          $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**
**CORPORATION**                                ,        Case No.   **09-17442**

_____                              _____
**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WALK, WENDY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALKER, LINDA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALLS, REBECCA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALSH, MARY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WALTON, CHRISTOPHER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  143  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **CITADEL BROADCASTING CORPORATION** ,      Case No. **09-17442**

            **Debtor**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WALTON, DEBORAH <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WARE, SUSAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WAYNE, MARK <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WBAP-KSCS ACQUISITION PARTNER, LLC <br> 2221 E. LAMAR <br> SUITE 300 <br> ARLINGTON, TX 76006 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |

Sheet no. __144_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION** ,                    Case No.  **09-17442**

_____ **Debtor** _____                    _____ **(if known)** _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WBAP-KSCS ASSETS, LLC<br>2221 E. LAMAR<br>SUITE 300<br>ARLINGTON, TX 76006 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>WBAP-KSCS RADIO ACQUISITION, LLC<br>2221 E. LAMAR<br>SUITE 300<br>ARLINGTON, TX 76006 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>WBAP-KSCS RADIO GROUP, LTD.<br>2221 E. LAMAR<br>SUITE 300<br>ARLINGTON, TX 76006 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>WEAVER, KENNETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _145_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**       ,          Case No.  **09-17442**
      **CORPORATION**

           **Debtor**                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WEBB, CAROL <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WEBER,GEORGE <br> ADDRESS ON FILE | | | LITIGATION | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WERHUN, FRANK <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WERLEY, EUGENE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WESTERN, JEAN <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _146_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,          Case No.   **09-17442**

_____                    _____
**Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WHISSEL, CATHY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WIEST, M.<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WIITALA, MARK<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILCOX, ALEXANDRA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILFONG, GENA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. _147_ of _153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**             ,             Case No.   **09-17442**

_____          _____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILKES, MICHELLE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILKINS, CHARLES<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILLIAM M. COMERFORD<br>28 WITCHITA ROAD<br>WEST SENECA, NY 14224 | X | | LITIGATION CO-DEFENDANT | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILLIAMS, DEIDRE<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILLIAMS, PHILLIP<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _148_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,                    Case No.   **09-17442**

               **Debtor**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> WILLIAMS, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WILLIAMS, RONNIE <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WILLIAMS, ROY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> WILMINGTON TRUST <br> CORPORATE CLIENT SERVICES <br> WILMINGTON TRUST FSB <br> 50 SOUTH SIXTH STREET, SUITE 1290 <br> DROP CODE 7100 <br> MINNEAPOLIS, MN 55402-1544 | | | 8% CONVERTIBLE SUBORDINATED NOTES | | | | $49,153,120.00 |

Sheet no. __149_ of __153_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶    $ 49,153,120.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**               ,          Case No.   **09-17442**
       **CORPORATION**
_____                    _____
               **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WILSON, ELIZABETH<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILSON, LAUR<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WILSON, PHYLLIS<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WINDHAM, WOODROW<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WITZKE, JEFFREY<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.  _150_ of _153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶     $ 0.00

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**                   ,          Case No.   **09-17442**
       **CORPORATION**
_____                    _____
              **Debtor**                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>WNEK, LINDA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WPLJ RADIO, LLC<br>2 PENN PLAZA<br>17TH FLOOR<br>NEW YORK, NY 10121 | X | | CODEBTOR OBLIGATION - RELATED TO GUARANTEE ON SECURED DEBT | X | X | | Undetermined |
| ACCOUNT NO.<br><br>WRIGHT, DEBRA<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>WYLIE, JENNIFER<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO.<br><br>YAMADA, KENNARD<br>ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no.   151  of  153  continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶   $ 0.00

Total ▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING**          ,       Case No.   **09-17442**
     **CORPORATION**

          **Debtor**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> ZAFIRSON, ANASTASIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ZIETZ, TERRY <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ZINN, HEATHER <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ZOMPA, ROBERT <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. <br><br> ZUNIGA, JULIA <br> ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |

Sheet no. __152_ of __153_ continuation sheets
attached to Schedule of Creditors Holding
Unsecured Nonpriority Claims

Subtotal ▶    $ 0.00

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **CITADEL BROADCASTING CORPORATION**                    ,        Case No.   **09-17442**

_____                          _____
**Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  ZWIERZYNSKI, JUDITH ADDRESS ON FILE | | | STOCK OPTIONS | X | X | X | Undetermined |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.   153  of   153  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶  $ 0.00

Total ▶  $ 49,631,187.71
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re   CITADEL BROADCASTING CORPORATION ,          Case No.   09-17442
               **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112. and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ACE AMERICAN INSURANCE COMPANY<br>PO BOX 1000<br>436 WALNUT ST WA04F<br>PHILADELPHIA, PA 19106 | OTHER |
| ACE AMERICAN INSURANCE COMPANY (ACE)<br>1 BEAVER VALLEY ROAD<br>WILMINGTON, DE 19803 | OTHER |
| ALARM RESEARCH INC<br>2639 TEXAS ST NE<br>ALBUQUERQUE, NM 87110 | MAINTENANCE AGREEMENT<br>CONTRACT START DATE: 01/02/2008 |
| AON RISK SERVC INC<br>1000 N MILWAUKEE AVENUE<br>GLENVIEW, IL 60025 | OTHER |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |

In re   CITADEL BROADCASTING CORPORATION   ,                    Case No.   09-17442
_____Debtor_____                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2009 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2009 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 07/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2009 |

In re __CITADEL BROADCASTING CORPORATION__ ,          Case No.__09-17442_____
      **Debtor**                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2006 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 07/01/2008 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2009 |
| ARBITRON INC<br>ATTN: GREG STEPHAN<br>9705 PATUXENT WOODS DR<br>COLUMBIA, MD 21046-1565 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2008 |
| ASSOCIATED PRESS<br>10 S WACKER DR STE 2500<br>CHICAGO, IL 60606 | PROGRAMMING CONTRACT<br>CONTRACT START DATE: 06/30/2000 |

In re   CITADEL BROADCASTING CORPORATION   ,                    Case No.   09-17442
          **Debtor**                                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AXIS INSURANCE CO<br>CONNELL CORPORATE PARK<br>300 CONNELL DRIVE<br>PO BOX 357<br>BERKELEY HEIGHTS, NY 07922-0357 | OTHER |
| BEAZLEY INSURANCE CO., INC.<br>30 BATTERSON PARK ROAD<br>FARMINGTON, CT 06032 | OTHER |
| CANON USA INC<br>PO BOX 3839<br>BOSTON, MA 02241-3839 | EQUIPMENT LEASE<br>CONTRACT START DATE: 02/18/2009 |
| CASEY KEATING<br>2254 LOMA VISTA ST<br>PASADENA, CA 91104 | PROGRAMMING CONTRACT<br>CONTRACT START DATE: 01/01/2009 |
| CELERITY LLC<br>52 WESTERVILLE SQ STE 244<br>WESTERVILLE, OH 43081 | LICENSING AGREEMENT<br>CONTRACT START DATE: 12/15/2007 |
| CONTINENTAL CASUALTY COMPANY (CNA GROUP)<br>333 S. WABASH<br>CHICAGO, IL 60604 | OTHER |
| DIGITAL SOUND & VIDEO INC<br>533 N NOVA RD STE 113<br>ORMOND BEACH, FL 32174 | CONSULTING CONTRACT<br>CONTRACT START DATE: 12/01/2008 |

In re   <u>CITADEL BROADCASTING CORPORATION   </u>,          Case No.   <u>09-17442          </u>
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| FEDERAL INSURANCE CO. CHUBB GROUP OF INSURANCE COMPANIES 82 HOPMEADOW STREET SIMSBURY, CT 06070-7683 | OTHER |
| FORREST CITY BROADCASTING CO. D/B/A RADIO STAIONS KXJK / KBFC 501 E BROADWAY STREET FORREST CITY, AR 72335 | AFFILIATE AGREEMENT CONTRACT START DATE: 08/01/2006 |
| GREAT AMERICAN INSURANCE CO. OF NEW YORK 580 WALNUT ST. CINCINNATI, OH 45202 | OTHER |
| ILLINOIS NATIONAL INSURANCE COMPANY 175 WATER ST NEW YORK, NY 10038 | OTHER |
| KIT DIGITAL INC 168 FIFTH AVE STE 301 NEW YORK, NY 10010 | LICENSING AGREEMENT CONTRACT START DATE: 12/19/2008 |
| LEXINGTON INSURANCE COMPANY (AIG) 100 SUMMER ST. BOSTON, MA 02110-2103 | OTHER |
| LEXINGTON INSURANCE COMPANY (AIG) 100 SUMMER ST. BOSTON, MA 02110-2103 | OTHER |

In re   **CITADEL BROADCASTING CORPORATION**   ,          Case No.   **09-17442**
                          **Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| MATT ANTHONY MULTI MEDIA INC<br>4 HILLCREST DR<br>FAIRVIEW HTS, IL 62208 | CONSULTING CONTRACT<br>CONTRACT START DATE: 01/01/2004 |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWLS-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWLS-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWWZ-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWYL-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WXKC-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WXLM-FM) |

In re   **CITADEL BROADCASTING CORPORATION**   ,          Case No.   **09-17442**
　　　　　　　　　　**Debtor**                                                    **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WXLO-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WXMX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WXOK-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WXSM-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WYOS-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTNR-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTRX-AM) |

In re   CITADEL BROADCASTING CORPORATION   ,                    Case No.   09-17442
                    Debtor                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTSK-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTUG-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTVL-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WUHT-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WVFN-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WVIB-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWFX-FM) |

In re __CITADEL BROADCASTING CORPORATION__ ,  Case No. __09-17442__
      **Debtor**                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWKX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WWLI-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KAAY-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KABC-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KARN-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KARN-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KATC-FM) |

In re __CITADEL BROADCASTING CORPORATION__ ,          Case No.__09-17442_____
           **Debtor**                                                         **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KBEE-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (TRAFFIC) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KBGG-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KBOI-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KCUB-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KDRF-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KENZ-FM) |

In re   CITADEL BROADCASTING CORPORATION   ,                    Case No.   09-17442
　　　　　　　　　　Debtor                                                                (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KESP-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KHOP-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KHYT-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KIIM-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KIPR-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KJOY-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKFM-FM) |

In re   CITADEL BROADCASTING CORPORATION   ,                    Case No.   09-17442
                        Debtor                                                              (if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKMG-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKND-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKOB-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKOB-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKOH-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KKPK-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KLAL-FM) |

In re   CITADEL BROADCASTING CORPORATION   ,          Case No.   09-17442
              **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KMGA-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KNEK-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KNEV-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KNML-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KPZK-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KQXL-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KRRQ-FM) |

In re   <u>CITADEL BROADCASTING CORPORATION</u>   ,                Case No.   <u>09-17442</u>
                        **Debtor**                                                          **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KRST-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KSFO-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KSMB-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KTBL-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KTIK-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KTUC-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KUBL-FM) |

In re   **CITADEL BROADCASTING CORPORATION**   ,                    Case No.  **09-17442**
                    **Debtor**                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KURB-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KVOR-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KWIN-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KWNN-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KWQW-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KWYL-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KYIS-FM) |

In re   <u>CITADEL BROADCASTING CORPORATION</u>   ,          Case No.  <u>09-17442</u>
                        **Debtor**                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (KZMG-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WAPI-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WBAP-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WBBL-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WBEI-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WBHD-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WBHT-FM) |

In re __CITADEL BROADCASTING CORPORATION__ ,          Case No.__09-17442_____
       **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WBSM-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WCAT-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WCDV-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WCTO-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WDVW-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WEDG-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WEFG-FM) |

In re   **CITADEL BROADCASTING CORPORATION**   ,                    Case No.  **09-17442**
_____                              _____
           **Debtor**                                                        **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WEMX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WFHN-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WFMK-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WGFX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WGKX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WGOW-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WGOW-FM) |

In re   **CITADEL BROADCASTING CORPORATION**   ,                    Case No.   **09-17442**
                    **Debtor**                                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WHOM-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WHTS-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WHTT-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WIBR-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WIOG-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WIOV-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WISW-AM) |

In re   CITADEL BROADCASTING CORPORATION   ,          Case No.   09-17442
                        **Debtor**                                                (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WJBQ-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WJCW-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WJIM-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WJOX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WJR-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WJZN-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WKDF-FM) |

In re   CITADEL BROADCASTING CORPORATION   ,
                       Debtor

Case No.   09-17442
           (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WKIM-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WKOS-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WKY-AM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WLAV-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WLEV-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WLTI-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WRQX-FM) |

In re  CITADEL BROADCASTING CORPORATION    ,          Case No.  09-17442
          **Debtor**                                                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WSJR-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WSPZ-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WSSX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WSUB-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTCB-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WTMA-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WLXC-FM) |

In re __CITADEL BROADCASTING CORPORATION__ ,      Case No. __09-17442__
           **Debtor**                                              **(if known)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WMAS-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WMGL-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WMGS-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WMHX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WMME-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WMTI-FM) |
| METRO NETWORKS COMMUNICATIONS, LP<br>40 W 57TH STREET, 5TH FLOOR<br>NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNBF-AM) |

In re   <u>CITADEL BROADCASTING CORPORATION</u>   ,                    Case No.   <u>09-17442</u>
                    **Debtor**                                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNKT-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNML-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNML-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNOX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNRX-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNSS-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WNTQ-FM) |

In re   <u>CITADEL BROADCASTING CORPORATION</u>   ,              Case No.   <u>09-17442</u>
                    **Debtor**                                                                **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WPLJ-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WPRO-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WPRO-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WPRV-AM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WQGN-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WRBO-FM) |
| METRO NETWORKS COMMUNICATIONS, LP 40 W 57TH STREET, 5TH FLOOR NEW YORK, NY 10019 | METRO SOURCE AFFILIATE AGREEMENT (WRIE-AM) |

In re   __CITADEL BROADCASTING CORPORATION__   ,        Case No.   __09-17442__
              **Debtor**                                                        **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA (AIG) 70 PINE ST NEW YORK, NY 10270 | OTHER |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (AMERICAN INTERNATIONAL GROUP) 175 WATER ST NEW YORK, NY 10038 | OTHER |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA (AMERICAN INTERNATIONAL GROUP) 175 WATER ST NEW YORK, NY 10038 | OTHER |
| NNN VF TIFFANY SQUARE LLC PO BOX 552337 TAMPA, FL 33655 | REAL PROPERTY LEASE CONTRACT START DATE: 01/01/2005 |
| ORR, JACQUELYN ADDRESS ON FILE | EMPLOYEE/SERVICES CONTRACT |
| PALLAD, MICHAEL ADDRESS ON FILE | EMPLOYEE/SERVICES CONTRACT |
| PITNEY BOWES GLOBAL FINANCIAL SVS 1 ELMCROFT RD STAMFORD, CT 06926-0700 | EQUIPMENT LEASE CONTRACT START DATE: 12/12/2003 |

In re   **CITADEL BROADCASTING CORPORATION**   ,          Case No.   **09-17442**
_____**Debtor**_____                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| PREMIERE RADIO NETWORKS<br>15260 VENTURA BLVD, 4TH FLOOR<br>SHERMAN OAKS, CA 91403-5339 | PROGRAMMING CONTRACT<br>CONTRACT START DATE: 04/01/2002 |
| RADIO MUSIC LICENSE COMMITTEE<br>100 GARDEN CITY PLAZA<br>STE 222<br>GARDEN CITY, NY 11530 | AUTHORIZATION WITH RMLC |
| RJ GALLO RANCHES<br>PO BOX 1130<br>MODESTO, CA 95353 | TOWER/TRANSMITTER LEASE<br>CONTRACT START DATE: 05/16/1983 |
| ST. PAUL FIRE MARINE INSURANCE COMPANY<br>3097 SATELLITE BLVD BLDG 700<br>DULUTH, GA 30096 | OTHER |
| ST. PAUL MERCURY INSURANCE COMPANY<br>385 WASHINGTON STREET<br>ST. PAUL, MN 55102-1396 | OTHER |
| SULEMAN, FARID<br>ADDRESS ON FILE | EMPLOYEE/SERVICES CONTRACT |
| SYMETRA LIFE INSURANCE COMPANY<br>500 PARK BLVD. SUITE 1245<br>ITASCA, IL 601423 | OTHER |

In re   **CITADEL BROADCASTING CORPORATION**   ,                                    Case No.   **09-17442**
                        **Debtor**                                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| TAYLOR, RANDY<br>ADDRESS ON FILE | EMPLOYEE/SERVICES CONTRACT |
| THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA AIG WORLDSOURCE<br>1200 ABERNATHY ROAD NE<br>600 NORTHPARK TOWN CENTER<br>ATLANTA, GA 30328 | OTHER |
| TUDOR INSURANCE COMPANY (MEMBER OF WESTERN WORLD INSURANCE GROUP)<br>400 PARSON'S POND DR<br>FRANKLIN LAKES, NJ 07417-2600 | OTHER |
| WELLS FARGO FINANCIAL LEASING INC<br>4695 MACARTHUR COURT<br>SUITE 350<br>NEWPORT BEACH, CA 92660 | EQUIPMENT LEASE<br>CONTRACT START DATE: 07/09/2007 |
| XL INSURANCE AMERICA INC.<br>EXECUTIVE LIABILITY UNDERWRITERS<br>ONE CONSTITUTION PLAZA 16TH FLOOR<br>HARTFORD, CT 06103 | OTHER |
| XL SPECIALTY INSURANCE COMPANY<br>SEAVIEW HOUSE<br>70 SEAVIEW AVENUE<br>STAMFORD, CT 06902-6040 | OTHER |
| | |

In re   <u>**CITADEL BROADCASTING CORPORATION**</u> ,            Case No.  <u>**09-17442**</u>
                     **Debtor**                                             **(if known)**

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| SEE ATTACHED RIDER | |

## Schedule H - Co-Debtor Rider

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| ALPHABET ACQUISITION CORP.<br>142 WEST 57TH STREET 11TH FLOOR<br>NEW YORK, NEW YORK 10019 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| ATLANTA RADIO, LLC<br>210 INTERSTATE NORTH 6TH FLOOR<br>ATLANTA, GEORGIA 30339 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| AVIATION I, LLC<br>142 WEST 57TH STREET 11TH FLOOR<br>NEW YORK, NEW YORK 10019 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| CHICAGO FM RADIO ASSETS, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| CHICAGO LICENSE, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| CHICAGO RADIO ASSETS, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| CHICAGO RADIO HOLDING, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| CHICAGO RADIO, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| CITADEL BROADCASTING COMPANY<br>7201 WEST LAKE MEAD BLVD. SUITE 400<br>LAS VEGAS, NEVADA 89128 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| DC RADIO ASSETS, LLC<br>4400 JENIFER STREET, N.W.<br>WASHINGTON, DISTRICT OF COLUMBIA 20015 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| DC RADIO, LLC<br>4400 JENIFER STREET, N.W.<br>WASHINGTON, DISTRICT OF COLUMBIA 20015 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| DETROIT RADIO, LLC<br>3011 WEST GRAND BOULEVARD #800<br>DETROIT, MICHIGAN 48202 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| INTERNATIONAL RADIO, INC.<br>13725 MONTFORT DR<br>DALLAS, TEXAS 75240 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| KLOS RADIO, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |

## Schedule H - Co-Debtor Rider

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| KLOS SYNDICATIONS ASSETS, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| KLOS-FM RADIO ASSETS, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| LA LICENSE, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| LA RADIO, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| MINNEAPOLIS RADIO ASSETS, LLC<br>2000 S.E. ELM STREET<br>MINNEAPOLIS, MINNESOTA 55414 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| MINNEAPOLIS RADIO, LLC<br>2000 S.E. ELM STREET<br>MINNEAPOLIS, MINNESOTA 55414 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| NETWORK LICENSE, LLC<br>13725 MONTFORT DR<br>DALLAS, TEXAS 75240 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| NY LICENSE, LLC<br>2 PENN PLAZA 17TH FLOOR<br>NEW YORK, NEW YORK 10121 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| NY RADIO ASSETS, LLC<br>2 PENN PLAZA 17TH FLOOR<br>NEW YORK, NEW YORK 10121 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| NY RADIO, LLC<br>2 PENN PLAZA 17TH FLOOR<br>NEW YORK, NEW YORK 10121 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| OKLAHOMA RADIO PARTNERS, LLC<br>3011 WEST GRAND BOULEVARD #800<br>DETROIT, MICHIGAN 48202 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO ASSETS, LLC<br>210 INTERSTATE NORTH 6TH FLOOR<br>ATLANTA, GEORGIA 30339 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING I, LLC<br>2000 S.E. ELM STREET<br>MINNEAPOLIS, MINNESOTA 55414 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING II, LLC<br>2221 E. LAMAR SUITE 300<br>ARLINGTON, TEXAS 76006 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |

**Schedule H - Co-Debtor Rider**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| RADIO LICENSE HOLDING III, LLC<br>2 PENN PLAZA 17TH FLOOR<br>NEW YORK, NEW YORK 10121 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING IV, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING IX, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING V, LLC<br>4400 JENIFER STREET, N.W.<br>WASHINGTON, DISTRICT OF COLUMBIA 20015 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING VI, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CALIFORNIA 94111 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING VII, LLC<br>2 PENN PLAZA 17TH FLOOR<br>NEW YORK, NEW YORK 10121 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING VIII, LLC<br>190 NORTH STATE STREET 7TH FLOOR<br>CHICAGO, ILLINOIS 60601 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING X, LLC<br>3321 SOUTH LACIENEGA BLVD.<br>LOS ANGELES, CALIFORNIA 90016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING XI, LLC<br>13725 MONTFORT DR<br>DALLAS, TEXAS 75240 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO LICENSE HOLDING XII, LLC<br>125 WEST END AVE 6TH FLOOR<br>NEW YORK, NEW YORK 10022 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO NETWORKS, LLC<br>261 MADISON AVENUE 3RD FLOOR<br>NEW YORK, NEW YORK 10016 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO TODAY ENTERTAINMENT, INC.<br>13725 MONTFORT DR<br>DALLAS, TEXAS 75240 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| RADIO WATERMARK, INC.<br>13725 MONTFORT DR<br>DALLAS, TEXAS 75240 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| SAN FRANCISCO RADIO ASSETS, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CALIFORNIA 94111 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |

**Schedule H - Co-Debtor Rider**

| Name and Address of Co-Debtor | Name and Address of Creditor |
|---|---|
| SAN FRANCISCO RADIO, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CALIFORNIA 94111 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| SF LICENSE, LLC<br>900 FRONT STREET<br>SAN FRANCISCO, CALIFORNIA 94111 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| WBAP-KSCS ACQUISITION PARTNER, LLC<br>2221 E. LAMAR SUITE 300<br>ARLINGTON, TEXAS 76006 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| WBAP-KSCS ASSETS, LLC<br>2221 E. LAMAR SUITE 300<br>ARLINGTON, TEXAS 76006 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| WBAP-KSCS RADIO ACQUISITION, LLC<br>2221 E. LAMAR SUITE 300<br>ARLINGTON, TEXAS 76006 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| WBAP-KSCS RADIO GROUP, LTD.<br>2221 E. LAMAR SUITE 300<br>ARLINGTON, TEXAS 76006 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| WPLJ RADIO, LLC<br>2 PENN PLAZA 17TH FLOOR<br>NEW YORK, NEW YORK 10121 | JP MORGAN<br>270 PARK AVENUE, 4TH FLOOR<br>ATTN: TINA RUYTER<br>NEW YORK, NEW YORK 10017 |
| AVIATION I, LLC<br>142 WEST 57TH STREET 11TH FLOOR<br>NEW YORK, NEW YORK 10019 | BAL CORPORATE AVIATION, LLC<br>C/O BANC OF AMERICA LEASING & CAPITAL, LLC<br>ONE FINANCIAL PLAZA<br>FIFTH FLOOR<br>PROVIDENCE, RHODE ISLAND 10007 |

In re : CITADEL BROADCASTING CORPORATION        Case No. 09-17442 (BRL)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____      Signature: _____

                                                           Debtor

Date _____      Signature: _____

                                                  (Joint Debtor, if any)

                            [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any,             Social Security No.
of Bankruptcy Petition Preparer                  *( Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____      _____
Signature of Bankruptcy Petition Preparer               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the <u>Senior Vice President and Chief Financial Officer</u> [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the <u>Corporation</u> [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 208 sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date___ 2/2/2010 _____      Signature: _____ /s/ Randy L. Taylor _____

                                 <u>Randy L. Taylor - Senior Vice President and Chief Financial Officer</u>
                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*