## EXHIBIT B

## Madden Declaration

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Kenneth Pasquale
Brett Lawrence
Sayan Bhattacharyya
180 Maiden Lane
New York, NY 10038-4982
Tel:    (212) 806-5400
Fax:    (212) 806-6006

*Proposed Counsel for the Official Committee*
*of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
|   |   |
|---|---|
| | : |
| In re | :     Chapter 11 |
| | : |
| CITADEL BROADCASTING CORP., *et al.*,[1] | :     Case No. 09-17442 (BRL) |
| | : |
|           Debtors. | :     (Jointly Administered) |
| | : |

---------------------------------------------------------------x

### DECLARATION OF JOHN P. MADDEN IN SUPPORT OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF CHANIN CAPITAL PARTNERS AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO JANUARY 19, 2010

I, John P. Madden, hereby declare under penalty of perjury:

---

[1]    Other debtor entities jointly administered with Citadel Broadcasting Corporation are the following:  Alphabet Acquisition Corp., Atlanta Radio, LLC; Aviation I, LLC; Chicago FM Radio Assets, LLC; Chicago License, LLC; Chicago Radio Assets, LLC; Chicago Radio Holding, LLC; Chicago Radio, LLC; Citadel Broadcasting Company; Citadel Broadcasting Corporation; DC Radio Assets, LLC; DC Radio, LLC; Detroit Radio, LLC; International Radio, Inc; KLIS Radio, LLC; KLOS Syndications Assets, LLC; KLOS-FM Radio Assets, LLC; LA License, LLC; LA Radio, LLC; Minneapolis Radio Assets, LLC; Minneapolis Radio, LLC; Network License, LLC; NY License, LLC; NY Radio Assets, LLC; NY Radio, LLC; Oklahoma Radio Partners, LLC; Radio Assets, LLC; Radio License Holding I, LLC; Radio License Holding II, LLC; Radio License Holding III, LLC; Radio License Holding IV, LLC; Radio License Holding V, LLC; Radio License Holding VI, LLC; Radio License Holding VII, LLC; Radio License Holding VIII, LLC; Radio License Holding IX, LLC; Radio License Holding X, LLC; Radio License Holding XI, LLC; Radio License Holding XII, LLC; Radio Networks, LLC; Radio Today Entertainment, Inc.; Radio Watermark, Inc.; San Francisco Radio Assets, LLC; San Francisco Radio, LLC; SF License, LLC; WBAP-KSCS Acquisition Partner, LLC; WBAP-KSCS Assets, LLC; WBAP-KSCS Radio Acquisition, LLC; WBAP-KSCS Radio Group, Ltd.; and WPLJ Radio, LLC. (collectively, the "**Debtors**").

1.      I am a Director at Chanin Capital Partners L.L.C. ("CCP"), a professional services firm engaged in the business of providing financial advisory and related professional investment banking services, the corporate parent of which is Duff & Phelps, LLC ("D&P"), and with offices located at 55 East 52nd Street, New York, New York, 10055.  I am duly authorized to make this Declaration on behalf of CCP.  Unless otherwise stated in this Declaration (the "Declaration"), I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.

2.      I submit this Declaration in support of the application ("Application")[2] of the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtor and debtors in possession (the "Debtors") seeking entry of an order authorizing the Committee to employ and retain CCP as financial advisor to the Committee, *nunc pro tunc* to January 19, 2010 under sections 328(a) and 1103(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (as amended and supplemented, the "Bankruptcy Code"), Bankruptcy Rules 2014 and 2016 and Local Bankruptcy Rule 2014-1.

3.      The Committee has selected CCP as its financial advisor because of the firm's diverse experience and extensive knowledge in corporate restructurings and business reorganizations.

4.      The Committee believes that CCP is well qualified and uniquely able to provide financial advisory services to it in these cases in an efficient manner.  Moreover, CCP has advised debtors and creditors' committees in numerous restructuring transactions, including

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

some of the largest and most complicated cases. Some of CCP's more prominent recent creditor committee representations were in the following chapter 11 cases:

> Allied Holdings
> Cable & Wireless USA, Inc.
> Champion Enterprises, Inc.
> Collins & Aikman Corporation
> Dura Automotive Systems, Inc.
> Global Power Equipment Group, Inc.
> Hayes Lemmerz International
> Immunicon Corporation
> ION Media Networks
> Philadelphia Newspapers
> Visteon Corporation
> Washington Group International

5.     The Committee needs assistance in collecting and analyzing financial and other information in relation to these Chapter 11 cases. On January 19, 2010, the Committee formally engaged CCP. CCP has considerable experience with rendering such services to committees and other parties in numerous Chapter 11 cases and, as such, the firm is qualified to perform the work required in these cases.

6.     CCP has agreed to provide financial advisory services to the Committee pursuant to the engagement letter between the Committee and CCP dated as of January 19, 2010 (the "Engagement Letter"), a copy of which attached as Exhibit A to the Application. The services that CCP will render to the Committee in these Chapter 11 Cases shall include the following:

> a.     Review and analyze the Debtors' operations, financial condition, cash flows, business plan, strategy, and operating forecasts;
>
> b.     Assist in the determination of an appropriate post-emergence capital structure for the Debtors;

c.	Determine a theoretical range of values for the Debtors on a going concern basis;

d.	Review the Plan Support Agreement and assist the Committee in developing, evaluating, structuring and negotiating the terms and conditions of a restructuring or Plan of Reorganization (the "Plan"), including the value of the securities, if any, that may be issued to the Committee under any such restructuring or Plan;

e.	Assist the Committee in monitoring any sales process and evaluating bids to purchase the Company;

f.	Analyze any merger, divestiture, joint-venture, or investment transaction;

g.	Assist the Committee in analyzing any new debt and/or equity capital (including advice on the nature and terms of new securities);

h.	Evaluate the Debtors' debt capacity;

i.	If requested by the legal counsel to the Committee, prepare an expert report with respect to the valuation of the Debtors and provide expert testimony relating to such report as well as other financial matters arising in connection with the bankruptcy; and

j.	Provide the Committee with other appropriate general restructuring advice and litigation support.

7.	The terms and conditions of the Engagement Letter were negotiated between the Committee and CCP, and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement.

8.	As is customary in similar engagements, CCP will be entitled to receive, as compensation for its services, a flat monthly rate of $175,000 and a cash restructuring transaction fee of $500,000.  In addition, the Engagement Letter provides for payment to CCP of a financing fee (if applicable) of 2.00% of any capital directly raised by CCP.

9. It is CCP's policy to bill monthly in arrears for the reimbursement of all of its reasonable out-of-pocket expenses incurred in connection with CCP's obligations under the Engagement Letter. These expenses include but are not limited to travel costs, lodging, meals, research, telephone and facsimile, courier, overnight mail and copy expenses, and the fees and disbursements of CCP's attorneys.

10. CCP intends to apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules (including any order adopting any guidelines promulgated by the Office of the United States Trustee), the Engagement Letter and any additional procedures that may be established by the Court in these Chapter 11 Cases.

11. CCP is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code because CCP, its members and employees:

(i)     are not creditors, equity security holders or insiders of the Debtors;

(ii)    are not and were not, within 2 years before the Petition Date, directors, officers, or employees of the Debtors; and

(iii)   do not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtors or for any other reason.

12. Moreover, to the best of my knowledge, information and belief formed after reasonable inquiry, CCP, its members and employees have no interests that are materially adverse to the Debtors' estates or the creditors in these Chapter 11 Cases.

13.     To determine CCP's relationship with the parties-in-interest identified by the Committee to CCP, in preparing this Declaration, I caused the names of the parties set forth in Exhibit B-1 and Exhibit B-2, attached hereto, to be submitted to CCP's internal conflicts procedures.  To the best of my knowledge, information and belief, neither I nor any other member or employee of CCP has any connection with or holds any interest adverse to the Debtors, its estate, creditors, shareholders, or any other party in interest herein or their respective attorneys in the matters for which CCP is proposed to be retained, except that CCP has provided other advisory services, and may in the future provide such services, to certain of the Debtors' creditors or other parties-in-interest unrelated to the Debtors' Chapter 11 Cases.  As set forth in Exhibit B-3, which is attached hereto, CCP has certain relationships with certain Potential Parties-In-Interest in this Chapter 11 Case, but such relationships are unrelated to either the Debtors or their Chapter 11 Cases.

14.     CCP personnel and their family members may have business associations with certain of the Debtors' creditors or other parties-in-interest herein, or interests adverse to such creditors, shareholders or parties-in-interest, which associations are wholly unrelated to these Chapter 11 Cases.  In addition, in the ordinary course of its business, CCP may engage counsel or other professionals in unrelated matters who now represent, or who may in the future represent, creditors, or other interested parties in these Chapter 11 Cases.

15.     Additionally, CCP has represented, and may currently represent, entities which hold or may in the future hold certain of the Debtors' debt in beneficial accounts on behalf of unidentified parties.  In addition, because distressed debt is actively traded in the commercial markets, CCP may be unaware of the actual holder of such debt at any given moment.  CCP has

been engaged by numerous entities in unrelated matters that may buy and/or sell distressed debt of chapter 11 debtors, including entities listed on Exhibit B-3.

16.     Contained in Exhibit B-3 is a list of entities having current or recent relationships with D&P, with which CCP has established an ethical wall in these cases (i.e., no sharing of information, personnel and facilities).

17.     None of the engagements or relationships mentioned above are related to these Chapter 11 Cases.  CCP does not hold or represent an adverse interest in connection with the Debtors or these Chapter 11 Cases.

18.     Because the Debtors are a large enterprise with numerous creditors and other relationships, I am unable to state with certainty that every client relationship or other connection has been disclosed.  In this regard, if I discover additional information that requires disclosure, I will supplement the information contained in this Declaration.

19.     To the best of my knowledge, CCP has not been retained to assist any entity or person other than the Committee on matters relating to, or in connection with, these Chapter 11 Cases.  If this Court approves the proposed employment of CCP by the Committee, then CCP will not accept any engagement or perform any service in this case for any entity or person other than the Committee.  CCP may, however, continue to provide professional services to, and engage in commercial or professional relationships with, entities or persons that may be creditors of the Debtors in these Chapter 11 Cases; provided, however, that such services do not and will not relate to, or have any direct connection with, these Chapter 11 Cases.

20.     I am not related or connected to and, to the best of my knowledge, no other member or employee of CCP is related or connected to any United States Bankruptcy Judge or District Judge for the Southern District of New York or the United States Trustee for the Southern District of New York or to any employee in the offices thereof.

21.     No promises have been received by CCP nor any member or employee thereof as to payment or compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code.  Neither CCP nor any of its members and employees has entered into an agreement or understanding to share compensation as described in Bankruptcy Rule 2016.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated:   New York, New York
      February  12 , 2010

_____
                    John P. Madden

**Names of Potential Parties-in-Interest Received from the Debtors**[1]

Current and Recent Former Entities Affiliated with the Debtors

222 JV Clear Channel
2L Corp.
Alphabet Acquisition Corp.
Atlanta Radio LLC
Aviation I LLC
CG Meridian Entertainment
CG Meridian LLC
Chicago FM Radio Assets LLC
Chicago License LLC
Chicago Radio Assets LLC
Chicago Radio Holding LLC
Chicago Radio LLC
Citadel Broadcasting Co.
Citadel Broadcasting Corp.
DC Radio Assets LLC
DC Radio LLC
Deer Point Tower Venture LLC
Detroit Radio LLC
iBiquity Digital Corp.
Innovative Radio Solutions LLC
International Radio Inc.
KBAP-KSCS Radio Group Ltd.
KLOS Radio LLC
KLOS Syndications Assets LLC
KLOS-FM Radio Assets LLC
LA License LLC
LA Radio LLC
Last Bastion Trust LLC,
The Minneapolis Radio Assets LLC
Minneapolis Radio LLC
Nashville Tower Network Licenses LLC
NY License LLC

NY Radio Assets LLC
NY Radio LLC
Oklahoma Radio Partners LLC
Radio Assets LLC
Radio Disney Network
Radio License Holding I LLC
Radio License Holding II LLC
Radio License Holding III LLC
Radio License Holding IV LLC
Radio License Holding IX LLC
Radio License Holding V LLC
Radio License Holding VI LLC
Radio License Holding VII LLC
Radio License Holding VIII LLC
Radio License Holding X LLC
Radio License Holding XI LLC
Radio License Holding XII LLC
Radio Networks LLC
Radio Today Entertainment Inc.
Radio Watermark Inc.
REACH Media Inc.
San Francisco Radio Assets LLC
San Francisco Radio LLC
SF License LLC
Shoreview FM Group
Wasatch Radio LLC
WBAP-KSCS Acquisition Partner LLC
WBAP-KSCS Assets LLC
WBAP-KSCS Radio Acquisition LLC
WBAP-KSCS Radio Group Ltd.
White Cloud Aviation LLC
WPLJ Radio LLC

---

[1]     This list (and the categories contained herein) are for purposes of a conflict check only and should not be relied upon by any party as a list of creditors or for any other purpose.

## Current and Recent Former Directors and Officers

Brown, Katherine
Checketts, David W.
Ellis, Judith A.
Forstmann, J. Anthony
Forstmann, Theodore J.
Freedline, Robert G.
Holmes, Gordon A.
Horbach, Sandra J.
Miles, Michael A.
Orr, Jacquelyn J.
Regan, Michael J.
Reifenheiser, Thomas V.
Rose, Charles P., Jr.
Siegel, Herbert J.
Smith, Wayne T.
Stratford, Patricia
Suleman, Farid
Taylor, Randy L.

## Greater than 5% Equity Holders

Forstmann Little & Co.
$R^2$ Investments, LDC

## Holders of Bonds and Beneficiaries of Letters of Credit

260-261 Madison Avenue LLC
Ace American Insurance Co.
Alabama Power Co.
BAL Corporate Aviation LLC
Bank of America Leasing & Capital
Entergy Arkansas Inc.
Michigan, State of
New York, State of
United States Fire Insurance Co.
Utah, State of

## Indenture Trustees

HSBC Corporate Trust & Loan Agency
Wilmington Trust FSB

B&H Investments
CitiCorp Vendor Finance Inc.
De Lage Landen Financial Services
Documation
Gulf Coast Office Products
Tuscaloosa Toyota

Lenders

40/86 Advisors Inc.
505 CLO I Ltd.
Acas CLO 2007-1 Ltd.
AIG Annuity Insurance Co.
AIG Bank Loan Fund Ltd.
AIG Global Investment Corp.
AIG Saturn CLO Ltd.
AIG-Sunamerica Senior Floating Rate Fund
   Inc.
Aim Floating Rate Fund
Aimco CLO Series 2005-A
Aimco CLO Series 2006-A
Airlie CLO 2006-I Ltd.
Airlie Opportunity Capital Management LP
Aladdin Capital Management LLC
Aladdin Flexible Investment Fund SPC
   Series 2007-1
Allstate Investment Management Co.
Allstate Life Insurance Co.
Alzette European CLO
American Capital Ltd.
American International Group Inc.
American Money Management Corp.
Americrest Bank
Ameriprise Certificate Co.
Ammc CLO III Ltd.
Ammc CLO IV Ltd.
Ammc CLO VI Ltd.
Ammc VII Ltd.
Ammc VIII Ltd.
Apidos Capital Management LLC
Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V

Ares III Ivr CLO Ltd.
Ares IX CLO Ltd.
Ares Management LP
Ares VII CLO Ltd.
Ares VIII CLO Ltd.
Ares Vir CLO Ltd.
Ares Vr CLO Ltd.
Ares XI CLO Ltd.
Ares XII CLO Ltd.
Armstrong Loan Funding Ltd.
Artus Loan Fund 2007-I Ltd.
Atlantis Funding Ltd.
Atrium V
Avalon Capital Ltd. 3
Avery Point CLO Ltd.
Avery Street CLO Ltd.
Babson Capital Management LLC
Babson CLO Ltd. 2004 I
Babson CLO Ltd. 2004-11
Babson CLO Ltd. 2005-I
Babson CLO Ltd. 200541
Babson CLO Ltd. 2005-111
Babson CLO Ltd. 2006-1
Babson CLO Ltd. 200641
Babson CLO Ltd. 2007-I
Babson CLO Ltd. 2008-I
Babson Credit Strategies CLO Ltd.
Baltic Funding LLC
Bank of America NA
Bank of New York Mellon Corp., The
Bankers Leasing Co.
BDCM Fund Adviser LLC
Belhurst CLO Ltd.
Black Diamond CLO 2005-1 Ltd.
Black Diamond CLO 2006-1 Cayman Ltd.

Apidos Cinco CDO
Apidos Quattro CDO
Ares Enhanced Ln Inv III Ltd.
Ares Enhanced Loan Investment Strategy Ir Ltd.
Callidus Debt Partners CLO Fund VII Ltd.
Calyon
Calyon, New York Branch
Canaras Capital Management LLC
Canaras Summit CLO Ltd.
Canyon Capital Advisors LLC
Canyon Capital CLO 2004-1 Ltd.
Canyon Capital CLO 2006-1 Ltd.
Canyon Capital CLO 2007-1 Ltd.
Capitalsource Bank
Castle Hill III CLO Ltd.
Castle Hill II-Ingots Ltd.
Castle Hill I-Ingots Ltd.
Caywood-Scholl Cap Management LLC
Celts CLO 2007-1 Ltd.
Cent CDO 10 Ltd.
Cent CDO 15 Ltd.
Cent CDO XI Ltd.
Centaurus Loan Trust
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Centurion CDO VI Ltd.
Centurion CDO VII Ltd.
Champlain CLO Ltd.
Chatham Light II CLO Ltd.
Chelsea Park CLO Ltd.
Churchill Pacific Asset Management LLC
CIFC Funding 2007-III
Cit Asset Management LLC
Cit Group/Equipment Financing Inc.
CIT Technology Financing Services Inc.
Citigroup Alternative Investments LLC
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2004 Ltd.
Clydesdale CLO 2005 Ltd.
Clydesdale CLO 2006 Ltd.
Clydesdale CLO 2007-1 Ltd.
Clydesdale Strategic CLO I Ltd.
CM Life Insurance Co.
Coa Caerus CLO Ltd.

Blackstone Debt Advisors LP
Blue Shield of California
Boston Harbor CLO 2004-1 Ltd.
Callidus Capital Management LLC
Callidus Debt Partners CLO Fund VI Ltd.
Columbusnova CLO Ltd. 2006-11
Columbusnova CLO Ltd. 2007-1
Commercial Industrial Finance Corp.
Confluent 2 Ltd.
Contrarian Capital Management LLC
Contrarian Funds LLC
Coppermark Bank
Cornerstone CLO Ltd.
Credit Agricole SA
Credit Industriel et Commercial
Credit Lyonnais, New York Branch
Credit Suisse Asset Management
Credit Suisse Group AG
Credit Suisse, Cayman Islands Branch
Csam Funding III
Csam Funding IV
Cypresstree Investment Management Co. Inc.
DC Funding Partners LLC
Del Mar CLO I Ltd.
Dell Financial Services LP
Denali Capital CLO V Ltd.
Denali Capital CLO VI Ltd.
Denali Capital CLO VII Ltd.
Deutsche Bank AG
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank Trust Co. Americas
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
Documation Inc.
Dryden VIII-Leveraged Loan CDO 2005
Dryden XI-Leveraged Loan CDO 2006
Dryden XVI-Leveraged Loan CDO 206
Dryden XXI Leveraged Loan CDO LLC
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
Eagle Creek CLO Ltd.
Eaton Vance CDO IX Ltd.

Cole Brook CBNA Loan Funding LLC
Columbia Partners LLC
Columbus Nova Credit Investments
    Management LLC
Columbusnova CLO IV Ltd. 2007 II
Columbusnova CLO Ltd. 2006-1
Callidus Debt Partners CLO Fund VII Ltd.
Calyon
Calyon, New York Branch
Canaras Capital Management LLC
Canaras Summit CLO Ltd.
Canyon Capital Advisors LLC
Canyon Capital CLO 2004-1 Ltd.
Canyon Capital CLO 2006-1 Ltd.
Canyon Capital CLO 2007-1 Ltd.
Capitalsource Bank
Castle Hill III CLO Ltd.
Castle Hill II-Ingots Ltd.
Castle Hill I-Ingots Ltd.
Caywood-Scholl Cap Management LLC
Celts CLO 2007-1 Ltd.
Cent CDO 10 Ltd.
Cent CDO 15 Ltd.
Cent CDO XI Ltd.
Centaurus Loan Trust
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Centurion CDO VI Ltd.
Centurion CDO VII Ltd.
Champlain CLO Ltd.
Chatham Light II CLO Ltd.
Chelsea Park CLO Ltd.
Churchill Pacific Asset Management LLC
CIFC Funding 2007-111
Cit Asset Management LLC
Cit Group/Equipment Financing Inc.
CIT Technology Financing Services Inc.
Citigroup Alternative Investments LLC
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2004 Ltd.
Clydesdale CLO 2005 Ltd.
Clydesdale CLO 2006 Ltd.
Clydesdale CLO 2007-1 Ltd.
Clydesdale Strategic CLO I Ltd.
CM Life Insurance Co.

Eaton Vance CDO VIII Ltd.
Eaton Vance Floating Rate Income Trust
Eaton Vance Grayson & Co.
Eaton Vance Institutional Senior Loan Fund
Eaton Vance Loan Opportunities Fund Ltd.
Columbusnova CLO Ltd. 2006-11
Columbusnova CLO Ltd. 2007-1
Commercial Industrial Finance Corp.
Confluent 2 Ltd.
Contrarian Capital Management LLC
Contrarian Funds LLC
Coppermark Bank
Cornerstone CLO Ltd.
Credit Agricole SA
Credit Industriel et Commercial
Credit Lyonnais, New York Branch
Credit Suisse Asset Management
Credit Suisse Group AG
Credit Suisse, Cayman Islands Branch
Csam Funding III
Csam Funding IV
Cypresstree Investment Management Co. Inc.
DC Funding Partners LLC
Del Mar CLO I Ltd.
Dell Financial Services LP
Denali Capital CLO V Ltd.
Denali Capital CLO VI Ltd.
Denali Capital CLO VII Ltd.
Deutsche Bank AG
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank Trust Co. Americas
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
Documation Inc.
Dryden VIII-Leveraged Loan CDO 2005
Dryden XI-Leveraged Loan CDO 2006
Dryden XVI-Leveraged Loan CDO 206
Dryden XXI Leveraged Loan CDO LIc
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
Eagle Creek CLO Ltd.
Eaton Vance CDO IX Ltd.

Coa Caerus CLO Ltd.
Cole Brook CBNA Loan Funding LLC
Columbia Partners LLC
Columbus Nova Credit Investments
    Management LLC
Columbusnova CLO IV Ltd. 2007 II
Columbusnova CLO Ltd. 2006-1
Eaton Vance Management
Eaton Vance Medallion Floating Rate
Income Portfolio
Eaton Vance Senior Debt Portfolio
Eaton Vance Senior Floating Rate Trust
Eaton Vance Variable Trust Floating Rate
    Income Fund
Emerson Place CLO Ltd.
Essex Park CDO Ltd.
Fall Creek CLO Ltd.
Feingold O'Keeffe Capital LLC
Fidelity Advisor Series I-Advisor Floating
Rate High Income Fund
Fidelity Investments
Finova Capital Corp.
First Trust Four Corners Senior Floatingrate
Income Fund II
First Trust/Four Corners Senior Floatingrate
Income Fund
Firstlight Financial Corp.
Firstlight Funding I Ltd.
Four Corners Capital Management LLC
Four Corners CLO 2005-I Ltd.
Four Corners CLO II Ltd.
Foxe Basin CLO 2003 Ltd.
Franklin Advisers Inc.
Franklin CLO V Ltd.
Franklin CLO VI Ltd.
Franklin Floating Rate Daily Access Fund
Franklin Floating Rate Master Series
Franklin Total Return Fund
Fraser Sullivan Investment Management
    LLC
Galaxy CLO 2003-1 Ltd.
Galaxy IV CLO Ltd.
Galaxy V CLO Ltd.
Galaxy VI CLO Ltd.
Galaxy VII CLO Ltd.

Eaton Vance CDO VIII Ltd.
Eaton Vance Floating Rate Income Trust
Eaton Vance Grayson & Co.
Eaton Vance Institutional Senior Loan Fund
Eaton Vance Loan Opportunities Fund Ltd.
Goldman Sachs Group Inc., The
Goldman Sachs-Abs Loans 2007 Ltd.
Golub Capital Funding Clo-8 Ltd.
Golub Capital Management CLO 2007-1 Ltd.
Golub Capital Management LLC
Grand Central Asset Trust Cameron I Series
Grand Central Asset Trust Pfv Series
Granite Ventures I Ltd.
Granite Ventures II Ltd.
Granite Ventures III Ltd.
Grant Grove CLO Ltd.
Great American Insurance Co.
Great American Life Insurance Co.
Green Island CBNA Loan Funding LLC
Greyhound Financial Corp.
Greyrock CDO Ltd.
GSC Group Inc.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VI Ltd.
GSC Partners CDO Fund VIII Ltd.
GSC Partners Gemini Fund Ltd.
GSO Capital Partners LP
Hamlet II Ltd.
Harbourview CLO 2006-1
Hartford Floating Rate Fund, The
Hartford Investment Management Co.
Hewett S Island CLO VII Ltd.
Hillmark Capital Management LP
Hudson Canyon Funding II Subsidiary
Holding Co. II LLC
Illinois Department of Revenue
Imagenet Capital DFW Ltd.
ING Capital LLC
ING Corporate Opportunities Segregated
    Portfolio
ING Gis Distressed Fund Spc
ING International II -Senior Bank Loaneuro
ING Investment Management CLO I Ltd.
ING Investment Management CLO III Ltd.
ING Investment Management CLO Iv Ltd.

Galaxy VIII CLO Ltd.
Galaxy X CLO Ltd.
Gannett Peak CLO I Ltd.
GE Business Financial Service
General Electric Capital Corp.
Genesis CLO 2007-1 Ltd.
Goldman Sachs Asset Management LP
Goldman Sachs Credit Partners LP
ING Senior Income Fund
Invesco Institutional NA Inc.
Inwood Park CDO Ltd.
Jefferies Capital Management Inc.
Jersey Street CLO Ltd.
JP Morgan Chase Bank NA
JP Morgan Investment Management Inc.
JP Morgan Whitefriars Inc.
JPMCB-Secondary Loan And Distressed
    Credit Trading
JPMIM-Louisiana State Employees
Retirement System
JPMorgan Bank
JPMorgan Chase Bank NA
Katonah 2007-I CLO Ltd.
Katonah Debt Advisors LLC
Katonah III Ltd.
Katonah IV Ltd.
Katonah V Ltd.
Katonah VII Ltd.
Katonah VIII CLO Ltd.
Katonah X CLO Ltd.
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial Corp.
Landmark III CDO Ltd.
Landmark IV CDO Ltd.
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Latitude CLO I

ING Investment Management CLO V Ltd.
ING Investment Management LLC
ING Investments LLC
ING Prime Rate Trust
Legg Mason Partners Corporate Loan Fund
    Inc.
Lehman Brothers Asset Management LLC
Les Schwab Tire Centers of California Inc.
Lightpoint CLO III Ltd.
Lightpoint CLO VIII Ltd.
Limerock CLO I
Loan Funding IX LLC
Loan Funding VI LLC
Loan Funding XI LLC
Loyalis Schade NV
Lufkin Advisors LLC
Lyon Capital Management
Madison Park Funding II Ltd.
Madison Park Funding V Ltd.
Maplewood Cayman Ltd.
Marlborough Street CLO Ltd.
Massachusetts Financial Services Co.
Massachusetts Mutual Life Insurance Co.
McDonnell Investment Management LLC
McDonnell-Illinois State Board of
    Investment
Merrill Lynch & Co. Inc.
Merrill Lynch Capital Corp.
Merrill Lynch Credit Products LLC
MidFirst Bank
Mizuho Corporate Bank Ltd.
MJX Asset Management LLC
MJX Venture IV CDO Ltd.
Monument Park CDO Ltd.
Moselle CLO SA
Mt Wilson CLO II Ltd.
Mt Wilson CLO Ltd.
Muir Grove CLO Ltd.
Nacm CLO Ii
Nash Point CLO
Nautique Funding Ltd.
Navigare Funding III CLO Ltd.
Navigare Partners LLC
Ncm Fsim 2008-1 LLC
New York Life Investment Management

Latitude CLO II Ltd.
Latitude CLO III Ltd.
Lcm I LP
Lcm II LP
Lcm III Ltd.
Lcm IV Ltd.
Lcm V Ltd.
Lcm VI Ltd.
Management Inc.
Nomura-Ncram Loan Trust
Norinchukin Bank, The
Norinchukin Bank-New York
Normura-Ncram Senior Loan Trust 2005
Ntcc Multi-Advisor Funds-High Yield
    Fund-Stone Harbor Investment Partners LP
Nuveen Multi-Strategy Income And Growth
    Fund
Nuveen Multi-Strategy Income and Growth
    Fund 2
Nuveen Senior Income Fund
Ocean Trails CLO I
Octagon Credit Investors LLC
Octagon Investment Partners Vii Ltd. Series
    2004-7x Class B21
Octagon Investment Partners VIII Ltd.
Olympic CLO I Ltd.
Oppenheimer Master Loan Fund LLC
Oppenheimer Senior Floating Rate Fund
OppenheimerFunds Inc.
Ore Hill Partners LLC
Pacific Investment Management Co.
Pacific Life Insurance Co.
Pangaea Asset Management LLC
Par IV Capital Management LLC
Petrusse European CLO SA
Potential CLO I Ltd.
Primus Asset Management Inc.
Primus CLO I Ltd.
Primus CLO II Ltd.
Princeton Advisory Group Inc.
Prospect Park CDO Ltd.
Prudential Investment Management Inc.
Putah8-Interpolis Pensioenen Global High
    Yield Pool
Putnam 14-High Yield Trust

Nicholas-Applegate Capital Management
    LLC
Nomura Bond & Loan Fund
Nomura Corporate Research & Assset
Putnam 96I-Variable Trust Diversified
Income Fund
Putnam Advisory Co. LLC
Putnam Diversified Income Trust Cayman
Master Fund
Putnam Investment Management LLC
R2 Top Hat Ltd.
Race Point II CLO
Race Point III CLO
Race Point IV CLO Ltd.
Regatta Funding Ltd.
Riverside Park CLO Ltd.
Riversource 106 Bond Series Inc.-Floating
    Rate Fund
Riversource Cent CDO 12 Ltd.
Riversource Cent CDO 14 Ltd.
Riversource Investments LLC
Riversource Strategic Income Allocation
    Fund
Rosedale CLO Ltd.
Royal Bank of Scotland Plc
Royal Bank of Scotland Plc, New York
    Branch
Sagamore CLO Ltd.
San Francisco City & County Employees
Retirement System
San Gabriel CLO I Ltd.
Sandler Capital Management
Sandler Capital Structure Opportunities
Master Fund Ltd.
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities Offshore
Master IV LP
Sankaty High Yield Partners II LP
Sankaty High Yield Partners III LP
Sankaty-Future Fund Board of Guardians
Sankaty-Future Fund Board of Guardians
Sapphire Valley CDO I Ltd.
Saratoga CLO I Ltd.
Sargas CLO I Ltd.
Scepter Holdings Inc.

Putnam 29x-Funds Trust Floating Rate Income Fund
Putnam 60-High Yield Advantage Fund
Putnam 67-Putnam Variable Trust-Putnam Vt High Yield Fund
Putnam 73-Premier Income Trust
Putnam 74-Master Intermediate Income Trust
Putnam 75-Diversified Income Trust
Shasta CLO I Ltd.
Shenkman Capital Management Inc.
Shenkman-Cuna Mutual Insurance Society
Sierra CLO II Ltd.
Silverado CLO 2006-I Ltd.
Silverado CLO 2006-Ii Ltd.
Sovereign Bank
SSS Funding II LLC
Stanfield Capital Partners LLC
Stanfield Vantage CLO Ltd.
Stanfield Veyron CLO Ltd.
Stone Harbor High Yield Bond Fund
Stone Harbor Investment Funds-High Yieldbond Fund
Stone Harbor Investment Partners LP
Stone Harbor Investment Partners-Hugheson Ltd.
Stone Harbor Leveraged Loan Portfolio
Stone Harbor Libor Plus Total Return Fund
Stone Harbor-Commonwealth of Pennsylvania State Employees Retiretment
Stone Harbor-Libra Global Ltd.
Stone Harbor-Municipal Employees Retirement System of Michigan
Stone Harbor-National Elevator Industry Pension Plan
Stone Harbor-San Joaquin County Emp Ret Assoc
Stone Harbor-Sterling Core Plus Bond Fund
Stone Harbor-Ubs Uk Pension and Life Assurance Scheme
Stone Harbor-Wallace H Coulter Foundation
Stone Tower CDO II Ltd.
Stone Tower CDO Ltd. Bsc Migr
Stone Tower CLO III Ltd.
Stone Tower CLO IV Ltd.

Scotia Capital Inc.
Scotiabank Ireland Ltd.
Sf-3 Segregated Portfolio
Sfr Ltd.
Symphony CLO III Ltd.
Symphony CLO IV Ltd.
Symphony CLO V Ltd.
Symphony CLO VI Ltd.
Tall Tree Investment Management LLC
Temp11520-Fts Ii F Franklin Floating Rate II Fund
Tralee CDO I Ltd.
Tribeca Park CLO Ltd.
Trimaran Advisors LLC
Trimaran CLO IV Ltd.
Trimaran CLO V Ltd.
Trimaran CLO VI Ltd.
Trimaran CLO VII Ltd.
TRS Babson I LLC
Union Square CDO Ltd.
Van Kampen Asset Management
Van Kampen Senior Income Trust
Van Kampen Senior Loan Fund
Veer Cash Flow CLO Ltd.
Venture II CDO 2002 Ltd.
Venture III CDO Ltd.
Venture IX CDO Ltd.
Venture V CDO Ltd.
Venture VI CDO Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Victoria Court CBNA Loan Funding LLC
Vinacasa CLO Ltd.
Vista Leveraged Income Fund
Wachovia Bank NA
Wamco 2357-Legg Mason Partners Capital and Income Fund
Wamco 3073-John Hancock Trust Floating Rate Income Trust
Wamco 3074-John Hancock Fund II-Floating Rate Income Fund
Wamco 984-Western Asset Funds Inc. Core Plus Bond Portfolio
Wamco Ltd. A/C 2592
Wamco Western Asset Floating Rate High

Stone Tower CLO V Ltd.
Stone Tower CLO VI Ltd.
Stone Tower CLO VII Ltd.
Stone Tower Debt Advisors LLC
Stoney Lane Funding I Ltd.
Sumitomo Mitsui Banking Corp.
Sumitomo Mitsui Banking Corp., New York
Summit Lake CLO Ltd.
SunTrust Bank
Symphony Asset Management LLC
Symphony CLO I Ltd.
Western Asset Management Co.
WestLB AG, New York Branch
WG Horizons CLO I
Whitehorse Capital Partners LP
Whitehorse II Ltd.

Income Fund LLC
Wasatch CLO Ltd.
Wells and Co. Master Pension Trust
Wells Capital Management Inc.
Wells Capital Management-12222133
Wells Capital Management-16959700
Wells Capital Management-16959701
Wells-13702900
West Gate Horizons Advisors LLC
Whitehorse III Ltd.
Whitehorse IV Ltd.
Whitehorse V Ltd.
Whitney CLO I Ltd.
Wind River CLO I Ltd.
Wind River CLO II-Tate Investors Ltd.
Xerox Corp.
Yorkville CBNA Loan Funding LLC

## Litigation Parties

ABC News
Acacia Media Technologies Inc.
Aldav LLC
American Broadcasting Cos. Inc.
Banks, Doug
Beneficial Mortgage Co. of Connecticut
Bergson Tire Co. Inc.
Burkes, Jeanette
Bowe, Aleca
Brown, Ewing
Brown, Jeanne
Capstar Radio Operating Co.
Chase Bank USA NA
Church, Terri
Clear Channel
Clear Channel
Clear Channel
CloudTrigger
Club "W" Inc.
Colorofchange.org
Comerford, William M.
Cook, Linda
Crowley, Bob
DePetrillo, Thomas

Hilton, Heather
Hogg, Ian
In-Hand Productions Inc.
Kevorkian, Tracy
Kourkounis, Kiley
Marshall, Robin
McClinton, Valerie
McKoy, J. Michael
MRS Cleaning Co.
NABET
National Association of Broadcast
Employees and Technicians
New York State Attorney General
New York State Department of Labor
NYSE Regulation Inc.
Plinke, Terry
Prentiss, Kimberly
Robinson, James
Rodrigues, Anthony
Rucker, James
Ryan, Marty G.
Salesforce.com Inc.
Stanley Steemer International Inc.
Thomas, Tracy

Dolan, John Mitchell
Douglas, Calvin
FDB Family Trust
Galeyan, Mary
Gigliotti, Richard
Gomes, Bonnie
Hamstra, Carol
Haskew Co., The
Haskew, Jerre

Turner, George M.
US Department of Labor, Office of Federal
Contract Compliance
Visser, Donovan
Walt Disney Co., The
Yaegle, Lisa
Zevetchin, Davide G.
Zevetchin, Kimberly J.

## Professionals

Alvarez & Marsal North America, LLC
Anthony Ostlund Baer & Louwagie PA
Cohen Weiss and Simon LLP
Credit Suisse Securities (USA) LLC
Deloitte & Touche LLP
Epiq Bankruptcy Solutions, LLC
FTI Consulting Inc.
Hogan & Hartson LLP
Hughes Hubbard & Reed LLP
Kilpatrick & Associates, PC
Kirkland & Ellis LLP
Lazard Frères & Co.
Linebarger Goggan Blair & Sampson, LLP
Loeb & Loeb LLP
Menter, Rudin & Trivelpiece, PC
Pepper Hamilton LLP
Ropes & Gray LLP
Simpson Thacher & Bartlett MNP LLP
Stroock & Stroock & Lavan LLP
Waller Lansden Dortch & Davis, LLP

## Significant Contract Counterparties

12 Stops Inc.
260-261 Madison Avenue
ABC Inc.
ABC News
AFTRA National Code
American Tower Corp.
Apex Broadcasting Inc.
Arbitron Inc.
Baisden Enterprises
Baisden, Michael

KSL Mountain Top
Kurt, Alexander
Lakepointe West LLC
Learfield Communications Inc.
Liberty Square Inc.
LKBOC LLC-11-08 JP Morgan Chase
Me and Marconi Inc.
Mericle Properties
NABET
Network Staff Newspersons (AFTRA)

BAL Corporate Aviation LLC
Barnard Co. Inc.
Beckmann, Frank
Big Boy
Brooks, Kix
Brzezinski, Mika
Buffalo Bills Inc.
C Student Entertainment
Crimson Tide Sports Marketing
CSM Investors Inc.
Cuzco LLC
Disney CORE Services
District of Columbia Joint Tower Venture
Emmis Communications Corp.
Empire State Building Co. LLC
Forgotten Town LLC
Fourth & Roma Properties Trust
Gilbert, Edward F.
Gilbert, Mary Lou
Hanco Ltd.
Host Communications
Interstate North Office Park
1SP-International Sports Properties Inc.
Jack Diamond Enterprises
Jenifer Street LP
KABC Announcers and Freelance (AFTRA)
KABC/KLOS office clerical (STDU)
KGO Staff Announcers and Newspersons
(AFTRA)
KGO Television Inc.
KLOS Staff Announcers and Freelance
(AFTRA)
KSFO Staff Announcers and Freelance
(AFTRA)

Oak Ridge FM Inc.
One City Center
Pacific Office Automation Inc.
Port of San Francisco, Commercial Property
Manager
Premiere Radio Networks Inc.
Price Development
R&R Investor Ltd.
Reach Media
REIT Management & Research LLC
Richard RB Ellis
Richland Towers Inc.
RK Lowe Revocable Trust
Scarborough, Job
SES Americom Inc.
Smith, Paul W.
Tennessee Titans
TMP Tiffany Square
Triple Net Properties LLC
Triple Net-Campau Building Co.
Ultimate Software Group Inc., The
Vornado Two Penn Plaza LLC
WABC Staff Announcers (AFTRA)
WABC Staff Newspersons (AFTRA)
West Coast Regional Code
Wicks Broadcast Solutions LLC
WJZW Announcers (AFTRA)
WLS Television Inc.
WLS/WZZN Announcers and Newspersons
(AFTRA)
WMAL and WRQX Announcers and
Newspersons (AFTRA)
WPLJ FM Talent Agreement
YSS LLC

## Significant Customers

AT&T Inc.
Brinker International
Charter Communications
Chevron Corp.
Chris Christie for NJ Governor
Comcast Cable
Comcast Corp.
Cox Communications

David Stanley Dodge
Dunkin Donuts
Edelman, Ric
Incentrev Inc.
Joseph A. Bank
JP Morgan Chase
Kroger Co., The
Marketing Architects
McDonald's Corp.
Meijer Inc.
Michelin Tires
Michigan State Lottery
Mutual Fund Store
Mutual Fund Store
National City Corp.
Pepsi Cola
Sandia Resort & Casino
Shane Co.
Sit 'N Sleep Inc.
Six Flags Inc.
Sleepy's
So Cal Toyota
Soaring Eagle Casino
Sprint PCS
Subway
Tennessee Lottery
Time Warner Cable, Inc.
TI Partnership
Verizon Wireless

Significant Vendors

| | |
|---|---|
| AFTRA Health & Retirement Fund | Fourth & Roma Properties Trust |
| Alabama Power Co. | Franchise Tax Board |
| American Broadcasting Co. | FTI Consulting Inc. |
| American Express | GAC |
| American Express Purchase | Girgner Inc. |
| American Express T&E | Hannity, Sean |
| American Tower Corp. | Hicks Sports Group LLC |
| Ando Media LLC | Host Communications Inc. |
| Aon Risk Services Inc. of Florida | ICBC Corp. |
| Arbitron Inc. | Img Communications Inc. |
| ASCAP | Internal Revenue Service |
| Associated Press, The | Interstate North Office Park LP |
| AT&T | Jack Diamond Enterprises Inc. |
| Baisden Enterprises Inc. | Jenifer Street LP |

Barnard & Co.
BMI Radio
Broadcast Music Inc.
Broadridge
Brookhollow II LP
Buffalo Bills Inc.
C Student Entertainment
Cananwill Inc.
CB Richard Ellis/Carmody LLC
CBS Radio Corp.
CBS Radio Inc.
CBS/Infinity
Cglic Bloomfield Easc
Chisholm Trail Broadcasting
City Center West
Csm Investors Inc.
Cumulus Broadcasting LLC
Dell Marketing LP
Deloitte & Touche LLP
Dewey & Leboeuf LLP
DMR
Empire State Building Co.
Entertainment Communications Network
     Inc.
Entravision Communications Corp.
ESPN Inc.
Federal Communications Commission
FK South LLC
Forgotten Town LLC
Spanish Broadcasting System
Symetra Life Insurance Co.
Tennessee Titans
Verizon
Verizon Business
VII 444 Madison Lessee LLC

Katz Media Corp.
KGO TV Inc.
Leventhal Senter & Lerman PLLC
Levin, Mark
Limelight Networks Inc.
Los Angeles Dodgers LLC
Marketron Broadcast Solutions LLC
Mediaspan FMW Inc.
Mellon Investor Services LLC
Metlife Inc.
Michigan Department of Treasury
Michigan, State Of
Millennium Radio Group
Minnesota Revenue
Montgomery County (MD)
National Grid PLC
New Mexico Taxation and Revenue
Department
Nielsen Broadcast Data Systems
Oak Ridge FM Inc.
Office Depot
Penguardia Productions Inc.
Premiere Radio Networks
Quest Business Solutions
Qwest
Reach Media Inc.
SES Americom
Sesac Inc.
Soundexchange Inc.
Vomado 2 Penn Plaza
Wenken Inc.
WGN Continental Broadcasting Co.
WLS-TV Inc.
YSS LLC

## Sureties, Insurers and Obligees

ACE American Insurance Co.
Axis Insurance Co.
Beazley Insurance Co. Inc.
Continental Casualty Co.
Federal Insurance Co.
Great American Insurance Co. of New York

Illinois National Insurance Co.
Insurance Group of the State of Pennsylvania, The
Lexington Insurance Co.
National Union Fire Insurance Co.
St. Paul Fire Marine Insurance Co.
Travelers Insurance Co. Ltd.
Tudor Insurance Co.
XL Insurance Co. Ltd.


## Taxing Authorities

Ada County Assessor (ID)
Ada County Treasurer (ID)
Alabama Department of Revenue
Alabama, State of
Albuquerque, City of
Ames, John R., as Dallas County Tax
Assessor (TX)
Arizona Department of Economic Security
Arizona Department of Revenue
Arizona Secretary of State
Arkansas Employment Security Department
Arkansas, State of
Arlington, City of (TX)
Augusta, City of (ME)
Baker, City of (LA)
Barrington, Town of (NH)
Baton Rouge, City of
Berks Earned Income Tax Bureau
Bernalillo County Treasurer (NM)
Bethlehem, City of (PA)
Birmingham, City of (AL)
Boise County Tax Collector (ID)
Boise Utility Billing, City of (ID)
Broome County Clerks Office (NY)
Brown, Jeff, as Tuscaloosa County MV
License Commissioner (AL)
Buena Vista Township Treasurer (MI)
Buffalo, City of (NY)
Burton, City of (MI)
Cairns, Robert C., as South Middleton
Township Tax Collector (PA)
California Corporate Services
California DMV Renewal

Charleston County Treasurer (SC)
Chattanooga, City of
Chelsea, Town of (ME)
Chicago City Clerk
Chicago Department of Revenue, City of
Chicago, City of (IL)
Childs, David as Dallas County Tax
Assessor Collector (TX)
Cleveland County Treasurer (OK)
Cobb County Tax Commissioner (GA)
Cochrane, Peyton C., as Tuscaloosa County
Tax Collector (AL)
Colorado Department of Revenue
Colorado Department of Treasury
Colorado Springs, City of (CO)
Connecticut, State of
Cook County Department of Revenue (IL)
Cranston, City of (RI)
Cumberland Valley School District (PA)
Dakota County PT&R (MN)
Dekalb County Tax Commissioner (GA)
Delaware Secretary of State
Delhi Charter Township (MI)
Desoto County Tax Collector (MS)
Detroit Treasurer, City of (MI)
DeWitt, Town of (NY)
Dover, City of (NH)
Dunn, Grover, as Jefferson County Assistant
Tax Collector (AL)
East Providence, City of (RI)
El Paso County Clerk/Recorder (CO)
El Paso County Treasurer (CO)
Eliot, Town of (ME)

California Employment Development
Department
California Franchise Tax Board
California State Board of Equalization
Cambridge, City of (MN)
Cannon Township (MI)
Capital Tax Collection Bureau
Cayce, City of (SC)
Cedar Creek Township (MI)
Charleston County (SC)
Grand Rapids, City of (MI)
Greater Merced Chamber of Commerce
Greene Township Tax Collector (PA)
Groton, Town of (CT)
Hale County, Tax Collector of (AL)
Hall County Tax Commissioner (GA)
Hamilton County Clerk (TN)
Hamilton County Trustee (TN)
Henry County REMC (IN)
Henry County Treasurer (IN)
Homewood, City of (AL)
Howard County Treasurer (IN)
Hulsey, Travis A., as Jefferson County
Director of Revenue (AL)
Idaho Secretary of State
Idaho State Tax Commission
Illinois Department of Employment Security
Illinois Department of Revenue
Illinois Secretary of State
Indiana Bureau of Motor Vehicles
Indiana Department of Revenue
Indiana Worker Training Fund
Indiana, State of
Internal Revenue Service
Iowa Department of Revenue
Iowa State Treasurer
Isanti County Treasurer (MN)
Jefferson County Department of Revenue (AL)
Jefferson County Tax Collector (AR)
Johnston, Town of (RI)
Kingfisher County Treasurer (OK)
Knox County Clerk (TN)
Knoxville, City of (TN)
Kochville, Township of (MI)
Kokomo Wastewater Utility, City of (IN)

Ephrata Area School District (PA)
Erie County Tax (NY)
Fairhaven, Town of (MA)
Flint, Charter Township of (MI)
Florida Department of Revenue
Fruitland Township (MI)
Georgia Department of Labor
Georgia Department of Revenue
Georgia Office of Secretary of State
Gilford Township Treasurer (MI)
Lexington Treasurer, County of (SC)
Little Rock, City of (AR)
Livingston Parish Tax Collector (LA)
Lodi, Borough of (NJ)
Long, Nelson H., as Berks County Treasurer (PA)

Lonoke County Tax Collector (AR)
Los Angeles County Tax Collector
Los Angeles, County of (CA)
Loudon County Trustee (TN)
Louisiana Department of Revenue
Louisiana Secretary of State
Louisiana, State of
Luba, Mildred, as Hanover Township Tax
Collector (PA)
Maine State Treasurer
Maine, State of
Manheim Township Commissioners (PA)
Manheim Township School District (PA)
Mansfield, City of (TX)
Mariposa County Tax Collector (CA)
Mars Hill, Town of (ME)
Maryland Department of Assessment &
Taxation
Massachusetts Department of Revenue
Massachusetts Registry of Motor Vehicles
Mattila, Paul, as Shelby County Trustee (TN)
Memphis, City of (TN)
Michigan Collection Division, State of
Michigan Department of State
Michigan Department of Treasury
Michigan, State of
Miller, George L., Trustee
Minnesota Unemployment Insurance
Modesto, City of (CA)

Kokomo, City of (IN)
Lafayette Economic Development Authority (LA)
Lafayette Parish School Board
Lafayette Parish Tax Collector
Lancaster County Tax Collection Bureau (PA)
Lancaster County Treasurer (PA)
Lansing, City of (MI)
Lehigh, County of (PA)
New Jersey State Treasurer
New London, City of (CT)
New Mexico Lottery Authority
New Mexico Motor Vehicle Division
New Mexico Office of The Secretary of State
New Mexico Taxation & Revenue Department
New Mexico, State of
New Orleans Parks & Parkways, City of
New Orleans, City of
New York Commissioner of Finance
New York Commissioner of Motor Vehicles
New York Department of State
New York State Assessment Receivables
New York State Comptroller
New York State Corporation Tax
New York State Department of Labor
New York State Department of Motor Vehicles
New York State Department of State
New York State Department of Taxation & Finance
New York State Sales Tax
New York State Unemployment Insurance
New York, State of
Newton Real Estate & Property Tax Service
Norman, City of (OK)
North Kingstown, Town of (RI)
North Little Rock, City of (AR)
Northport, City of (AL)
Oakland Business Tax (CA)
Oklahoma City, City of (OK)
Oklahoma County Treasurer (OK)
Oklahoma Employment Security

Montgomery County (MD)
Montville, Town of (CT)
Mount Forest Township Treasurer (MI)
Mount Joy Township Authority (PA)
Muskegon Heights, City of (MI)
Nevada Department of Taxation
Nevada Secretary of State
Nevada, State of
New Hampshire State Treasurer
New Hampshire, State of
Pompey, Town of (NY)
Portland, City of (ME)
Portsmouth, Town of (RI)
Presque Isle, City of (ME)
Pulaski County Treasurer (AR)
Randall, Lorraine, as Madison County Tax Collector (NY)
Raymond, Town of (ME)
Reading, City of (PA)
Reno, City of (NV)
Rhode Island & Providence Plantations, State of
Rhode Island Department of Labor & Training
Rhode Island Division of Taxation, State of
Rhode Island General Treasurer
Rhode Island Secretary of State
Saint Landry Parish Sheriff
Saint Martin Parish Sheriff's Office
Saline County Collector (AR)
Salisbury Township (PA)
Salt Lake County Assessor
Salt Lake County Treasurer
San Francisco Sheriff Civil Section
San Francisco Tax Collector
San Joaquin County Tax Collector (CA)
Santa Fe County Treasurer (NM)
Santa Fe, City of (NM)
Seabrook, Town of (NH)
Seekonk, Town of (MA)
Sevier County Trustees Office (TN)
Shelby County Clerk (TN)
Smallwood, IT., as Jefferson County Tax Collector (AL)
South Carolina State Treasurer's Office
South Carolina, State of
South Middleton Township (PA)

Commission
Oklahoma Tax Commission
Orleans Parish Criminal Sherrifs Office
Pennsylvania Department of Revenue
Pennsylvania, Commonwealth of
Pickens County Appraisal Department (AL)
Pima County Assessor (AZ)
Pima County Treasurer (AZ)
Plaquemine Parish Sheriff & Ex-Officio Tax
     Collector
Polk County Treasurer (IA)
Sullivan County Trustee (TN)
Summit County Clerk of Courts (OH)
Summit County Treasurer (UT)
Summit Township Tax Collector (PA)
Summit Township Water Authority (PA)
Susquehanna Valley Central School District
     (NY)
Syracuse, City of (NY)
Tennessee Department of Labor &
     Workforce Development
Tennessee Department of Revenue
Tennessee Secretary of State
Tennessee, State of
Texas Department of Licensing &
     Regulation
Texas Department of Public Safety
Texas Department of State Health Services
Texas State Comptroller
Texas Workforce Commission
Tohono O'Odham Gaming Authority
Tooele County Assessors Office (UT)
Tucson Utility Services, City of (AZ)
Tucson, City of
Tuolumne County Tax Collector (CA)
Tuscaloosa County Special Tax Board (AL)

South Salt Lake, City of
Springfield, City of (IL)
St. Bernard Parish (LA)
St. James, Parish of (LA)
Stanislaus County Superior Court (CA)
Stanislaus County Treasurer (CA)
State Record, The (NC)
Stockton Record, The (CA)
Stockton, City of (CA)
Tuscaloosa, City of (AL)
United States Treasury
Utah County Treasurer
Utah State Tax Commission
Utah, State of
Vasta, Victor J., as DeWitt County Receiver
     of Taxes (NY)
Vergennes Township (MI)
Virginia Department of Taxation
Walton County Tax Commissioner (GA)
Washington County Clerk (TN)
Washington DC Department of Motor
     Vehicles
Washington DC Treasurer
Washington State Department of Revenue
Washoe County Treasurer (NV)
West Baton Rouge Tax Collector
West Warwick, Town of (RI)
Westerly Fire District (RI)
Westerly, Town of (RI)
White, Donald R., as Alameda County Tax
     Collector (CA)
Winslow, Town of (ME)
Worcester, City of (MA)
Zeeland Charter Township (MI)


## Top 50 Unsecured Creditors

AD-Fax Media Marketing, Inc.
American Society of Composers, Authors
     and Publishers
Ascent Media Network Services, Inc.
AT&T Inc.

HSBC Corporate Trust and Loan Agency
John Mitch Dolan
JPMorgan Chase Bank, N.A.
Katz Media Group
Kroma Printing Industries

Bay Craft Printing Inc.
Broadcast Music, Inc.
Bythedale Children's Hospital
CDW Direct, LLC
Cheyenne Propagation Inc.
Coleman Research Group, Inc.
Controlware Communications Systems Inc
CSM Corporation
DEG Associates Inc.
Dish Network Corporation
District of Columbia Joint Tower Venture
DMR
Duebler Electric Inc
Efficio Solutions Inc.
Entertainment Communications Network,
    Inc.
FK South, LLC
Girgner, Inc
Granby One LLC
Greater Flint Building Services, LLC
Hanco, Inc.
Hispanic USA Inc.

Liberty Square, Inc.
Los Angeles Dodgers LLC
Media Score Inc.
Merrill Corporation
Mid South Public Communications
    Foundation
National Grid plc
New York Yankees Baseball Club
Office Depot, Inc.
Paul Miles Advertising & Productions
Piper Electrical Co Inc.
Radio Advertising Bureau Inc.
Rocky Mountain Erection Inc.
SoundExchange, Inc.
The Walt Disney Company
Verizon Business
Verizon Wireless
WideOrbit Inc.
Wilmington Trust Company
Wilmington Trust Corporation
Wirtz Realty Corporation


United States Trustee for the Southern District of New York (and Key Staff Members)

Andrea Schwartz
Andy Velez-Rivera
Brian S. Masumoto
Elisabetta Gasparini
Greg M. Zipes
Linda A. Riffkin
Marylou Martin
Nazar Khodorovsky
Paul K. Schwartzberg
Richard C. Morrissey
Serene Nakano
Susan Golden
Tracy Hope Davis


Utility Providers

1Velocity
233 Broadcast LLC
Aable Telecom

Berkeley Electric Cooperative Inc.
Bessemer Utilities
Birmingham Water Works Board

AAT Communications
ACC Business
Adtel LLC
Airgas East Inc.
Airgas Great Lakes
Airgas Mid South Inc.
Airgas Southwest
Alabama Gas Co.
Alabama Power Co.
Aliant Telecom
Allied Teltronics
Allied Waste Services of Arkansas
Alltel Communications LLC
American Messaging
American Messaging Services LLC
American Registry for Internet Numbers
Americom Telephone Systems Inc. of Pa
Amerigas
Appalachian Electric Cooperative
Appalachian Oil Co. Inc.
Appalachian Power
Artistic Waste Services Inc.
Arvig Communication Systems
AT&T
AT&T Global Network Services
AT&T Messaging
AT&T Mobility
AT&T Teleholdings Inc.
Atmos Energy Corp.
ATX Communications
ATX Telecommunications Services
Audiolab Electronics
Baker, City of (LA)
Bandwidth Industries Inc.
Baton Rouge Water Co. Utility Payment
    Processing
Bay Ring Communications
Baystate State Gas Co.
Commonwealth Supply Co.
Communication & Control Inc.
Communication Technologies Inc.
CommuniGroup
Connoisseur Media of Erie LLC
Constellation NewEnergy Inc.
Consumers Energy

Black Warrior Electric Membership Co.
Blue Ridge Cable Technologies Inc.
Boise Utility Billing, City of (ID)
Broadcast Services Inc.
Broadview Networks Inc.
Brookhollow II LP
Buckeye Telesystem Inc.
Buffalo Water Board (NY)
Buffalo, City of (NY)
Burton, City of (MI)
C&S Communications
Cable One
CallWave Inc.
Cambridge, City of (MN)
Campora Propane Inc.
Cavalier Telephone LLC
CB Richard Ellis/Carmody LLC
Center Operating Co.
Centerpoint Energy
Central Arkansas Water Utility Billing
    Services
Central Maine Power Co.
CenturyTel Inc.
Charter Communications
Chickasaw Telecom Inc.
Cleco Power LLC
Clinton Utilities Board (TN)
CMC Telecom Inc.
CMSInter.net LLC
Cogent Communications Inc.
Collins Communications
Colonade Group, The
Colorado Springs Utilities
Colorado Springs, City of (CO)
Comcast
Comcast Cable
Comcast Corp.
ComEd
Eureka Water Co.
Evans Communications Inc.
Excel Commercial
Excel Telecommunications
Fairhaven Gas
Fairpoint Communications Inc.
Farm Plan

Cornerstone Communications Inc.
Covad Direct
Cox Communications Inc.
D&E Communications Inc.
Dallas Stars Hockey Club
Dallas Water Utilities (TX)
Data Technology Solutions LLC
Datatel
Datatel
Deer Point Tower Venture LLC
Delhi Charter Township (MI)
Delta Properties
Deltacom Inc.
Des Moines Radio Group
Des Moines Water Works
Desert Sands Broadcasting Inc.
Dex Media East
Dex Media West LLC
Dial Communications Global Media Inc.
Direct Energy Business LLC
Direct Energy GP Inc.
DirecTV
Dixie Electric Membership Corp.
Dominion Virginia Power
Dover, City of (NH)
DTE Energy
Duke Energy
Dutel Telecommunications Inc.
East Central Energy
East Central Sanitation
East Providence, City of (RI)
Eatel
Edisto Electric Cooperative Inc.
Electric Power Board of Chattanooga
Embarq
Embarq Florida Inc.
Entergy
Entergy Arkansas Inc.
Ephrata, Borough of (PA)
Joanna Langfield Productions Inc.
Johnson City Power Board (TN)
Johnson City Utility System (TN)
KAUT-TV
KDWB
Kentwood Springs

Ferrellgas Inc.
First Electric Cooperative
FK South LLC
Frontier Communications
Gas Co.
Genesys Conferencing Inc.
Grand Rapids, City of (MI)
Graysville Water & Gas
Green & Chapman Inc.
GRI Telecom Inc.
Griffith Energy Services Inc.
Hayes Landfill Inc.
Henry County REMC (IN)
Herring Gas Co. Inc.
Hetch Hetchy Water & Power
Hodge Telecommunication Services Inc.
Holidaygas
HTN Communications LLC
Hughes Network Systems LLC
Idaho Power Co.
Ideacom Technologies Inc.
Idearc Media Corp.
Ikon Office Solutions
Improbable Missions Force
Indiana American Water Co. Inc.
Integra Telecom
Integrys Energy Services Inc.
Integrys Energy Services of NY Inc.
Intercall
Intermountain Gas Co.
Internal Sound & Communications Inc.
Internet America Inc.
Inter-Tel Net Solutions Inc.
Iowa Telecom Communications LLC
Ironton Telephone Co.
Irving Energy Distribution & Marketing
IT Partners
Jackson Electric Corp.
Jessem LLC
Modesto Irrigation District (CA)
Modesto, City of (CA)
Morgan Birge & Associates
Motower Multilink Corp.
Moundville Telephone Co. Inc.
Mount Joy Township Authority (PA)

Key Equipment Lease
KFOR-TV
Knoxville Utilities Board (TN)
Kochville, Township of (MI)
Kokomo Gas & Fuel Co.
Kokomo Wastewater Utility, City of (IN)
KSL Television
LA Arena Funding LLC
Lafayette Utilities System (LA)
Lansing Board of Water & Light (MI)
Laser Care
Lenoir City Utilties Board (TN)
Liberty Square Inc.
Lobo Internet Service
Long Island Power Authority
Los Angeles Department of Water & Power
Los Angeles Times Communications LLC
Maine Public Service Co.
Mansfield, City of (TX)
Matrix Business Technologies
Matrix Solutions
Matrix Telecom Inc.
MCI
MCI Comm Service
MCI Telecommunications
MCI Worldcom
Megapath Inc.
Memphis Light Gas & Water Division
Met Ed
Metro Communications LLC
Metro Water Services
Metropolitan Pier & Exposition Authority
Mid Atlantic Sports Network
Mid Maine Communications Inc.
Mid State Teledata LLC
MidAmerican Energy Co.
Midland Power Cooperative
Minneapolis Marriott
Mizenko Mobile & Wireless
Mobile Radio of Kokomo Inc.
Penguardia Productions Inc.
Pennsylvania American Water Co. Inc.
Penteledata LP I
Pepco
Personalized Communications Inc.

Mountain View Electric Association Inc.
Murray City Corp.
NAIL LLC
Nashville Electric Service
Nashville Tower
National Fuel Gas Distribution Corp.
National Grid
National Public Radio Inc.
NationLink Wireless
New Hampshire Electric Cooperative Inc.
New Hampshire Treasurer, State of
New Hampshire, State of
New London, City of (CT)
New Mexico Gas Co. Inc.
Nextel
Nextel Communications
Norman, City of (OK)
North Little Rock, City of (AR)
North San Joaquin Water Conservation
District
Northeast Paging / Ucom
Northeast Utilities
Northlands Communications
Northwestern REC (PA)
NOS Communications Inc.
NSTAR Electric & Gas Corp.
Nuvox
NYSE Arca Options
NYSEG
Oak Ridge FM Inc.
O'Gara Satellite Systems Inc.
Oklahoma City, City of (OK)
Oklahoma Gas & Electric Co.
One Communications
Opex Communications Inc.
Overbay Communications
Pacific Gas & Electric Co.
Paetec Business Services
Palmetto Propane
Penelec
South Carolina Electric & Gas Co.
South Middleton Township (PA)
Southwest Cyberport Inc.
Southwest Gas Corp.
Spalding Entertainment LLC

Piedmont Natural Gas
Pine Tree Networks
Pioneer Telephone Cooperative Inc.
Plaisance Water System
PNM Electric & Gas Services
PPL Electric Utilities Corp.
Praxair
Primus
Public Service Co. of NH
Public Service Electric & Gas
QLT Consumer Lease Services Inc.
Questar Gas Co.
Qwest
R&R Realty Group
Radioshack Corp.
RCN Corp.
Redifuel
Renda Broadcasting Co.
Riverview, City of (MI)
RJ Energy Services Inc.
Robys Propane Gas Inc.
Rocky Mountain Power
Ron Lanzer Soft Water
San Francisco Public Utilities
Sandia Television Corp.
Santa Fe, City of (NM)
Satellite Center Inc., The
Schwanger Bros & Co. Inc.
SCMS - Southern Coastal Marketing
Services Inc.
Service Electric Cable TV Inc.
Service Electric Telephone Co. LLC
SES Americom
Sevier County Electric System (TN)
Shoreview FM Group
Sierra Pacific Power Co.
Sierra Telephone Co. Inc.
Signal Voice & Data Inc.
SkyTel
SMG Knoxville Convention Center
Sonora JS West Co.
United Water Idaho Inc.
Unitil
University of Notre Dame
University of Oklahoma

Speakeasy Inc.
Spectrum Solutions Inc.
Spirit Telecom
Sports Backhaul Network
Springfield Water & Sewer Commission
(MA)
Sprint
Strategic Energy LLC
Suburban Propane LP
Summit Township Water Authority (PA)
SunCom
SW Louisiana Electric Membership Corp.
Syracuse, City of (NY)
Tabas Co. Inc.
TDS Metrocom LLC
TDS Telecom Service Corp.
Telcove Operations LLC
Telebeeper of New Mexico Inc.
Telecomm USA
Telepacific Communications
Telrite Corp.
Tennessee American Water Co.
Time Warner Cable LLC
Time Warner Cable of NY
Time Warner Telecom Holdings Inc.
T-Mobile
Transnational Communications International
Tri County Electric Cooperative Inc.
Trico Electric Cooperative Inc.
Truckee Meadows Water Authority (TX)
TRZ Communications Services Inc.
TTI Inc.
Tucson Electric Power Co. Inc.
Tucson Utility Services, City of (AZ)
Turlock Irrigation District (CA)
Tuscaloosa, City of (AL)
TW Telecom
TXU Energy
UGI Penn Natural Gas Inc.
UGI Utilities Inc.
Unicel
WBNG TV Inc.
West Baton Rouge Parish Natural Gas &
Water Systems
Western Massachusetts Electric Co.

University of Tennessee
US Cellular
USA Mobility Wireless Inc.
Vangard Wireless LP
Vectren Energy Delivery of Indiana Inc.
Verizon
Verizon Business
Verizon CABS
Verizon California
Verizon Internet Solutions
Verizon North Inc.
Verizon Northwest
Verizon Select Services Inc.
Verizon Wireless
Verizon Wireless Messaging
VoiceNation LLC
Walton Electric Membership Corp.
Washington St. Tammany Electric
    Cooperative Inc. (LA)
Washington Suburban Sanitary (MD)
Waste Connections of Oklahoma Inc.
Waste Management of Acadiana
Waste Management of Pennsylvania

Western NY Public Broadcasting
    Association
WFMZ
WFUR Radio Station
Wiline Accounts Receivable
Windstream
Wise Electric Cooperative Inc.
WKRZ-FM
WM LampTracker Inc.
WNLC / WKNL
Wolfe Communication Systems Inc.
Woodland Lakes (Apartments)
WVUE-TV
WYES-TV
Xcel Energy
XO Communications
XO Communications Services Inc.
Xpedite Systems Inc.
Xtelesis Corp.
Yankee Gas
Zayo Bandwidth LLC
Zone Telecom Inc.

<u>Recent Additions Through Notices of Appearance</u>

American Federation of Television and Radio Artists
Dallas County
HSBC Bank USA, National Association
Oakland County Treasurer
Steamtown Mall Partners, L.P.

<u>**EXHIBIT B-2**</u>

<u>**Members of the Official Committee of Unsecured Creditors**</u>

The Walt Disney Company
Wilmington Trust Company
Zazove Associates, LLC

**Counsel to the Debtor**:  Kirkland & Ellis LLP

**Proposed Restructuring Advisor to the Debtor**:  Lazard Frères & Co.

**Exhibit B-3**

**List of Parties-In-Interest, or Affiliates Thereof, That Have Engaged or Currently Engage CCP, and their Relationship to the Debtors**

To check and clear potential conflicts of interest in this Chapter 11 Case, CCP has conducted a search of its client relationships to determine whether it had any relationships with the persons on <u>Exhibit B-1</u> attached hereto.  Based on that search, CCP represents that, to the best of its knowledge, CCP knows of no fact that would represent a conflict of interest for CCP with regard to its proposed engagement referred to herein.  CCP, however, wishes to disclose the following:

**CONFLICT CHECK RESULTS**

| **PARTY IN INTEREST** | **RELATIONSHIP (OR RELATED ENTITY'S RELATIONSHIP) TO CHANIN** |
|---|---|
| | |
| AIG entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Airlie Opportunity Capital Management LP | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Aladdin entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Alvarez & Marsal North America, LLC | Working or worked with or against on other engagements in wholly unrelated matters. |
| American Capital Ltd. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Ares entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| AT&T entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Babson entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bank of America entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Bank of New York Mellon | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Black Diamond entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

1

| | |
|---|---|
| Callidus entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Canyon Capital entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Chatham Light II CLO Ltd. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Cit entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| CitiCorp Vendor Finance | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Citigroup Alternative Investments LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Credit Suisse entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Deloitte & Touche LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Deutsche Bank entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Fidelity Investments | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| FTI Consulting | Working or worked with or against on other engagements in wholly unrelated matters. |
| General Electric Capital entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Goldman Sachs entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| GSC entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| GSO Capital Partners | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| HSBC entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Idearc Media Corp. | Chanin acted as financial advisor to Neligan Foley LLP, on behalf of MatlinPatterson Global Advisors LLC |
| Internal Revenue Service | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

| | |
|---|---|
| Invesco Institutional NA Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Jefferies Capital Management Inc. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| JPMorgan Chase entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Kirkland & Ellis LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| KKR Financial entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Lazard Freres & Co. | Working or worked with or against on other engagements in wholly unrelated matters. |
| Lehman Brothers Asset Management LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Loeb & Loeb LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Lufkin Advisors LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| McDonnell entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Merrill Lynch entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| New York Life Investment Management | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Nomura entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Octagon entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Oppenheimer entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Ore Hill Partners LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Pacific Investment Management Co. | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Pepper Hamilton | Working or worked with or against on other engagements in wholly unrelated matters. |
| Primus | Chanin acted as financial advisor to ad-hoc group of first-lien holders |

| | |
|---|---|
| Richard C. Morrissey | UST in an unrelated bankruptcy case |
| Riversource entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Ropes & Gray LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Royal Bank of Scotland entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Sankaty entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Simpson Thacher & Bartlett LLP | Working or worked with or against on other engagements in wholly unrelated matters. |
| Six Flags | Chanin acts as financial advisor to ad hoc committee of noteholders |
| Stanfield entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Stone Tower entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| SunCom | Chanin acted as financial advisor to ad-hoc committee of noteholders |
| Symphony entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Telcove Operations LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Tracy Hope Davis | UST in an unrelated bankruptcy case |
| Van Kampen entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Verizon entities | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wachovia Bank NA | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Wilmington Trust FSB | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |
| Zazove Associates, LLC | Member of committee or interested party in wholly unrelated matter for which Chanin acts or acted as financial advisor or investment banker. |

<u>**D&P CONFLICT CHECK RESULTS**</u>

D&P has active engagements with the following entities (or a related entity):

AIG entities
Aimco CLO Series 2005-A; Aimco CLO Series 2006-A
Alltel Communications LLC
American Express entities
Ares entities
AT&T entities
Atmos Energy
Bank of America Leasing & Capital; Bank of America NA (Bingham engagement)
Blackstone Debt Advisors
Blue Shield of California
Canyon Capital entities
CB Richard Ellis/Camody LLC
CBS entities
CenterPoint Energy
CenturyTel, Inc.
Charter Communications
Chevron Corp.
Citigroup Alternative Investments LLC
Columbusnova entities (InsCap engagement)
Comcast Corporation
ComEd
Contrarian Capital Management LLC; Contrarian Funds
Coppermark Bank
Cornerstone CLO Ltd
Cox Communications
Credit Suisse entities
Deutsche bank entities
Dewey & LeBoeuf LLP
DirecTV
Eaton Vance entities
Entravision Communications Corporation
Frontier Communications Corporation
General Electric entities
Goldman Sachs entities
GSO Capital Partners LP
Hogan & Hartson LLP
HSBC Corporate Trust & Loan Agency; HSBC Bank USA N.A.
Integrys Energy Service entities
Iowa Telecom Communications LLC
Jefferies Capital Management Inc
JP Morgan entities

Kirkland & Ellis LLP
KKR Financial
Kroger Co. (Schlesinger engagement)
Legg Mason Partners Corporate Loan Fund
Lehman Brothers Asset Management LLC (Examiner engagement)
Les Schwab Tire Centers of California Inc
Los Angeles Department of Water and Power
McDonnell Investment Management LLC
Merrill Corporation
Merrill Lynch entities (GreatBanc engagement)
Michigan, State of
Pepper Hamilton LLP
Pepsi Cola
Qwest
Ropes & Gray
Sankaty entities
Sprint PCS; Nextel
SunTrust Bank
Symphony Asset Management LLC
Time Warner entities
T-Mobile
Tri-County Electric Cooperative, Inc.
TXU Energy
Verizon entities
Windstream
Xerox Corporation
XO Communications


D&P has recent (within the last 5 years) or current client relationships with the following entities:

222 JV Clear Channel; Clear Channel
ABC entities
AIG entities
Aimco CLO Series 2005-A; Aimco CLO Series 2006-A
Airgas entities
Aladdin Capital Management LLC; Aladdin Flexible Investment Fund SPC Series 2007-1
Allstate Investment Management; Allstate Life Insurance Co.
Alltel Communications LLC
American Capital Ltd
American Express entities
Ares entities
AT&T entities
Atmos Energy

Bank of America Leasing & Capital; Bank of America NA (Bingham engagement)
Bank of New York Mellon Corp., The
Blackstone Debt Advisors
Blue Shield of California
Broadcast Music Inc.; BMI Radio
Broadridge
Callidus entities
Calyon entities
Canyon Capital entities
Capitalsource Bank
Cavalier Telephone LLC
CB Richard Ellis/Camody LLC
CBS entities
CDW Direct LLC
CenterPoint Energy
Centurion entities
Charter Communications
Chevron Corp.
Citadel Broadcasting Co.; Citadel Broadcasting Corp.
Citicorp Vendor Finance Inc.
Citigroup Alternative Investments LLC
Columbusnova entities
Comcast Corporation
ComEd
Coppermark Bank
Cornerstone CLO Ltd
Cox Communications
Credit Suisse entities
CSM Corporation
D&E Communications Inc.
Datatel
Deloitte & Touche LLP
Deutsche bank entities
DirecTV
DTE Energy
Duke Energy
Eaton Vance entities
Entergy Arkansas Inc.
Entravision Communications Corporation
ESPN
Fidelity entities
FTI Consulting, Inc.
General Electric entities
Genesys Conferencing Inc.
Goldman Sachs entities

Golub Capital Management
Greyrock CDO Ltd.
GSC Partners entities
GSO Capital Partners LP
Harbourview CLO-2006-1
Hogan & Hartson LLP
HSBC Corporate Trust & Loan Agency; HSBC Bank USA N.A.
ING entities
Integra Telecom
Integrys Energy Service entities
Internal Revenue Service
Invesco Institutional NA Inc.
Iowa Telecom Communications LLC
Jefferies Capital Management Inc
JP Morgan entities
Key Equipment Lease
Kirkland & Ellis LLP
KKR Financial
Landmark entities
Legg Mason Partners Corporate Loan Fund
Lehman Brothers Asset Management LLC (Examiner engagement)
Les Schwab Tire Centers of California Inc
Loeb & Loeb LLP
McDonald's Corp.
McDonnell Investment Management LLC
MCI entities
Megapath Inc.
Meijer Inc.
Merrill Corporation
Merrill Lynch entities (GreatBanc engagement)
Metlife Inc.
Michigan, State of
Mizuho Corporate Bank Ltd.
Modesto, City of
Mountain View Electric Association Inc.
National City Corp
National Fuel Gas Distribution Corp. (Byrne & Clayton engagement)
National Grid PLC
National Union Fire Insurance Company
Nextel entities
Nomura entities
Norinchukin Bank
NYSE Regulation Inc; NYSE Arca Options; NYSEG
Office Depot (Schiffman engagement)
Ore Hill Partners LLC

Pacific Life Insurance Company
Pepsi Cola
Praxair
Primus
Prudential Investment Management Inc.
Qwest
Ropes & Gray
Royal Bank of Scotland Plc
Sankaty entities
Simpson Thacher & Bartlett LLP
Sovereign Bank
Sprint PCS; Nextel
St. Paul Fire Marine Insurance Co.
Stanley Steemer International Inc.
Stone Tower entities
Sumitomo Mitsui Banking Corporation
Summit County entities (Intrawest engagement)
SunTrust Bank
Symetra Life Insurance Company
TDS Metrocom LLC; TDS Telecom Service Corp.
Time Warner entities
T-Mobile
Travelers Insurance Co. Ltd.
Tri-County Electric Cooperative, Inc.
Trimarian entities
Tucson Electric Power Company
TXU Energy
US Dept of Labor, Office of Federal
Verizon entities
Wachovia Bank NA
Walt Disney Company; Disney CORE Services
Walton County Tax Commissioner (Stonington engagement)
Wilmington Trust FSB
Windstream
Xcel Energy
Xerox Corporation
XO Communications