STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Kenneth Pasquale
Brett Lawrence
Sayan Bhattacharyya
180 Maiden Lane
New York, NY 10038-4982
Tel:    (212) 806-5400
Fax:   (212) 806-6006

*Proposed Counsel for the Official Committee
of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
CITADEL BROADCASTING CORP., *et al.*,[1]            :    Case No. 09-17442 (BRL)
                                                    :
                         Debtors.                   :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF CHANIN CAPITAL PARTNERS L.L.C. AS
FINANCIAL ADVISOR <u>*NUNC PRO TUNC* TO JANUARY 19, 2010</u>**

---

[1]  Other debtor entities jointly administered with Citadel Broadcasting Corporation are the following: Alphabet Acquisition Corp., Atlanta Radio, LLC; Aviation I, LLC; Chicago FM Radio Assets, LLC; Chicago License, LLC; Chicago Radio Assets, LLC; Chicago Radio Holding, LLC; Chicago Radio, LLC; Citadel Broadcasting Company; Citadel Broadcasting Corporation; DC Radio Assets, LLC; DC Radio, LLC; Detroit Radio, LLC; International Radio, Inc; KLIS Radio, LLC; KLOS Syndications Assets, LLC; KLOS-FM Radio Assets, LLC; LA License, LLC; LA Radio, LLC; Minneapolis Radio Assets, LLC; Minneapolis Radio, LLC; Network License, LLC; NY License, LLC; NY Radio Assets, LLC; NY Radio, LLC; Oklahoma Radio Partners, LLC; Radio Assets, LLC; Radio License Holding I, LLC; Radio License Holding II, LLC; Radio License Holding III, LLC; Radio License Holding IV, LLC; Radio License Holding V, LLC; Radio License Holding VI, LLC; Radio License Holding VII, LLC; Radio License Holding VIII, LLC; Radio License Holding IX, LLC; Radio License Holding X, LLC; Radio License Holding XI, LLC; Radio License Holding XII, LLC; Radio Networks, LLC; Radio Today Entertainment, Inc., Radio Watermark, Inc.; San Francisco Radio Assets, LLC; San Francisco Radio, LLC; SF License, LLC; WBAP-KSCS Acquisition Partner, LLC; WBAP-KSCS Assets, LLC; WBAP-KSCS Radio Acquisition, LLC; WBAP-KSCS Radio Group, Ltd.; and WPLJ Radio, LLC. (collectively, the "**Debtors**").

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Official Committee") of the above-captioned debtors and debtors-in-possession (the "Debtors") has today filed and served the attached **Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Chanin Capital Partners L.L.C. As Financial Advisor *nunc pro tunc* January 19, 2010** (the "Application").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order approving the Application must file a response or an objection to the Application ("Objection") with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on or before **March 2, 2010** at **4:00 PM (Eastern Time)** (the "Objection Deadline"). At the same time, you must serve such Objection upon the undersigned counsel so as to be received by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **MARCH 9, 2010 at 10:00 AM (EASTERN TIME)** BEFORE THE HONORABLE BURTON R. LIFLAND AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, ONE BOWLING GREEN, COURTROOM #623, NEW YORK, NEW YORK, 10004. ONLY PARTIES WHO HAVE FILED A TIMELY OBJECTION WILL BE HEARD AT THE HEARING.

**PLEASE TAKE FURTHER NOTICE** that if you fail to object in accordance with this notice, the Court may grant the relief sought in the Motion without further notice or hearing.

Dated: New York, New York
February 19, 2010

Respectfully submitted,

**STROOCK & STROOCK & LAVAN LLP**

/s/ Kristopher M. Hansen
Kristopher M. Hansen
Kenneth Pasquale
Brett Lawrence
Sayan Bhattacharyya
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
Telephone: (212) 806-5400
Fax: (212) 806-6006

*Proposed Counsel for the Official Committee of Unsecured Creditors*
