**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CITADEL BROADCASTING CORPORATION, *et al.*, | ) | Case No. 09-17442 (BRL) |
|  | ) |  |
| Debtors. | ) | Jointly Administered |
|  | ) |  |

**ORDER EXTENDING THE EXCLUSIVE PERIODS DURING**
**WHICH ONLY THE DEBTORS MAY FILE A**
**CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon the motion (the "*Motion*")[1] of Citadel Broadcasting Corporation ("*Citadel*") and its debtor affiliates, as debtors and debtors in possession (collectively, the "*Debtors*"), for entry of an order (the "*Order*"), pursuant to section 1121(d) of title 11 of the United States Code (the "*Bankruptcy Code*") extending (i) by 91 days the exclusive period of time during which only the Debtors may file a plan of reorganization (the **"*Excusive Filing Period*"**) through and including July 19, 2010 and (ii) by 90 days the period of time during which only the Debtors may solicit acceptances of a plan of reorganization (the "*Exclusive Solicitation Period*," and, together with the Exclusive Filing Period, the "*Exclusive Periods*") through and including September 16, 2010, all as more fully described in the Motion; and the Court having jurisdiction to consider this Motion and the relief requested therein in accordance with 28 U.S.C §§ 157 and 1334 and the Standing Order M-61 Referring Bankruptcy Judge for the Southern District of New York Any and All Proceedings Under Title 11, dated July 10, 1984 (Ward, Acting C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

Pg 2 of 2

U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and a hearing having been held to consider the relief requested in the Motion (the "*Hearing*"); and upon the record of the Hearing and all proceedings had before the Court; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent provided herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is hereby extended through and including July 19, 2010 and the Exclusive Solicitation Period is hereby extended through and including September 16, 2010.

3. This Order is without prejudice to the Debtors' ability to seek further extensions of the Exclusive Periods pursuant to section 1121(d) of the Bankruptcy Code.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York  
    April 12, 2010

/s/Burton R. Lifland  
The Honorable Burton R. Lifland  
United States Bankruptcy Judge